**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff(s)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

TARA FARRELL, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

NEW MILLENNIUM CONCEPTS, LTD,

Defendant(s).

Case No.:

**CLASS ACTION COMPLAINT**

1. Breach of Express Warranty
2. Breach of Implied Warranty of Merchantability
3. Unjust Enrichment/Restitution
4. Violation of Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)
5. Violation of False Advertising Law (Cal. Bus. & Prof. Code §§ 17500, *et seq.*)
6. Violation of Consumer Legal Remedies Act (Cal. Civ. Code §§ 1750, *et seq.*)

**JURY TRIAL DEMAND**

/ / /

/ / /

/ / /

/ / /

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**TABLE OF CONTENTS**

**COMPLAINT** ....................................................................................................4

I. NATURE OF THE ACTION ....................................................................................4

II. JURISDICTION ......................................................................................................7

III. VENUE ...................................................................................................................7

IV. PARTIES ...............................................................................................................8

A. Plaintiff ...............................................................................................................8

B. Defendant ............................................................................................................9

V. FACTUAL ALLEGATIONS ....................................................................................10

A. Background ........................................................................................................10

B. The Challenged Representations ........................................................................11

A) Purification Representations ...........................................................................11

a) Systems' Uniform Purification Representations on Packaging .......................12

B) Contaminant Reduction Representations .........................................................12

a) Purification Element's Uniform Purification Representations and Contaminant Reduction Fine Print on Packaging .................................13

C) Longevity Representations ..............................................................................17

C. Defendant & Authorized Agents' Websites ..........................................................17

A) Defendant NMCL's Websites ............................................................................17

B) Defendant NMCL's Amazon Storefront ...........................................................19

C) Defendant NMCL's Authorized Agents' Websites ...........................................20

D. The Challenged Representations Are False, Misleading, and Deceptive ..............33

A) ANSI Accredited Laboratory IAMPO's Test Results .........................................35

NSF/ANSI 42 Inorganic Minerals Reduction (Chloramine) ................................36

NSF/ANSI 53 for VOCs Reduction (Chloroform) ...............................................38

NSF/ANSI 53 for Heavy Metals Reduction (Chromium 6—High pH) .................39

NSF/ANSI 53 for Heavy Metals Reduction (Chromium 6—Low pH) .................41

B) Activated Carbon Filter Design ..........................................................................43

C) Viruses/Bacteria Water Treatment Design ....................43

E. Defendant Misled Plaintiff and Reasonable Consumers, who Relied on the Material and False Challenged Representations to Their Detriment ....................44

F. The Products are Substantially Similar ....................45

VI. CLASS ACTION ALLEGATIONS ....................46

VII. FIRST CAUSE OF ACTION ....................50

Breach of Express Warranty

VIII. SECOND CAUSE OF ACTION ....................51

Breach of Implied Warranty of Merchantability

IX. THIRD CAUSE OF ACTION ....................53

Unjust Enrichment/Restitution

X. FOURTH CAUSE OF ACTION ....................54

Violation of California Unfair Competition Law ("UCL"

(Cal. Bus. & Prof. Code §§ 17200, et seq.)

A. "Unfair" Prong ....................57

B. "Fraudulent" Prong ....................59

C. "Unlawful" Prong ....................59

XI. FIFTH CAUSE OF ACTION ....................63

Violation of California False Advertising Law ("FAL")

(Cal. Bus. & Prof. Code §§ 17500, et seq.)

XII. SIXTH CAUSE OF ACTION ....................65

Violation of Consumers Legal Remedies Act ("CLRA")

(Cal. Civ. Code §§ 1750, et seq.)

XIII. PRAYER FOR RELIEF ....................67

**DEMAND FOR JURY TRIAL** ....................69

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

## COMPLAINT

1. Plaintiff Tara Farrell ("**Plaintiff**"), individually and on behalf of all others similarly situated, as more fully described herein (the "**Class**" and/or "**Class Members**"), bring(s) this class action against Defendant(s) New Millennium Concepts, LTD ("**Defendant**" and/or "**NMCL**"), and allege(s) the following based upon information and belief, except where otherwise expressly stated as based upon personal knowledge:

## I.

## NATURE OF THE ACTION

2. **The Scheme.** This case is the "Erin Brockovich" of consumer goods. It is the story of a sinister corporation selling dirty drinking water to an unsuspecting, vulnerable group of consumers desperately in need of safe, clean drinking water. Defendant falsely and misleadingly advertises the Berkey water purification systems (which use filters called Berkey Black Purification Elements) as water "purifiers" that last for 3,000 gallons of water per filter. The products, however, fail to "purify" water and fail to eliminate or dramatically reduce contaminants to the extent advertised, let alone for 3,000 gallons. Shockingly, the filters fail (to reduce hazardous contaminants) within the first 1 gallon to 100 gallons at abysmal rates, far below any fine print or obscure minimal standards. Consumers throughout California and the United States purchase these water purification systems for their purported efficacy only to be swindled out of millions of dollars annually, all while putting themselves and their families in grave danger. A water purification system that does not purify water is not only worthless, but it also denies thousands of people and their families the fundamental right to clean and safe drinking water. Defendant preys upon people

**BLACK BERKEY® PURIFICATION ELEMENTS**

Black Berkey® Purification Elements are powerful water purifiers, they are not simple filters. They are powerful enough to purify both contaminated municipal tap water as well as untreated, questionable water from harsh sources such as lakes, rivers, streams and ponds.

Berkey® systems equipped with Black Berkey® Purification Elements remove greater than 99.999% of viruses and greater than 99.9999% of pathogenic bacteria, while also removing or dramatically reducing protozoa, trihalomethanes, inorganic minerals, heavy metals, pharmaceuticals, pesticides, VOCs, petroleum products, perfluorinated chemicals, rust, silt, sediment and radiologicals.

Two Black Berkey® Purification Elements in a Berkey® system will purify approximately 6,000 gallons of water before replacement is recommended.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

living in disaster stricken or polluted areas because Defendant knows they, in particular, need clean drinking water. Defendant targets these worthless systems to cancer survivors and environmentalists, because Defendant knows they are particularly concerned with clean drinking water and pollutants in the environment. Safe and affordable access to clean water is an internationally recognized and fundamental human right; the lack of which has devastating effects on health, dignity, and the prosperity of billions of people, as well as significant consequences for the realization of other basic human rights. As a result of Defendant's fraudulent marketing scheme, tens or hundreds of thousands, if not millions, of defrauded consumers and their children and relatives are drinking unclean and unsafe water, foregoing water filtration systems that actually work, and paying hundreds of dollars for what amounts to nothing more than an empty can or plastic bottle.

3. **The Products.** The Berkey water purification system is a gravity-fed water filter system in a canister that has two chambers. Unfiltered water is placed into the top chamber, which

Big Berkey® System

Royal Berkey® System

Imperial Berkey® System

Crown Berkey™ System

Travel Berkey® System

Berkey Light® System

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

has one or more Black Berkey® Purification Elements (the "**Purification Elements**") installed. The water passes through the Purification Elements from the top chamber into the bottom chamber, where "purified" water is dispensed. The Purification Elements are composed of activated carbon particles that contaminants in water, as it passes through, may attach to the surface of the carbon particles. The Berkey water purification system come in different sizes: Travel Berkey® System (1.5 gal) ("**Travel Berkey**"), Big Berkey® System (2.25 gal) ("**Big Berkey**"), Berkey Light® System (2.75 gal) ("**Light Berkey**"), Royal Berkey® System (3.25 gal) ("**Royal Berkey**"), Imperial Berkey® System (4.5 gal) ("**Imperial Berkey**"), and Crown Berkey® System (6 gal) ("**Crown Berkey**") (collectively, the "**Systems**"). The Systems use the Purification Elements for water purification purposes. Defendant also sold the following accessories and parts for the System and Purification elements that serve no beneficial or functional purpose unless the Systems and Purification elements comport with the Challenged Representations: Berkey Stainless Steel™ Spigot, Berkey Base (For Stainless Steel Berkey® Systems), Black Berkey Primer™, 7.5" Sight Glass™ Spigot, 10" Berkey Sight Glass™ Spigot, 13" Berkey Sight Glass Spigot, Berkey Base™ (Berkey Light System Options), and Berkey Maintenance Kit (collectively, the "**Accessories**". The Systems, Purification Elements, and Accessories are jointly referred to as the "**Products**" herein.

4. **Challenged Advertising Claims & Warranties.** Contrary to the Products' advertising claims and express warranties, and as explained in detail below, Defendant makes the following false representations: (1) the Systems and Purification Elements are water "purification" systems or water "purifiers" (the "**Purification Representation**"), even though they do not filter water into "pure" water ($H_20$); (2) the Systems and Purification Elements "remove" contaminants and/or "dramatically" or "greatly" reduce contaminants (the "**Contaminant-Reduction Representation(s)**"), even they fail to reduce contaminants as advertised in fine print on the box of the Purification Elements (ranging from 80% to 99.9999% reduction or below detectable limits according to the type of contaminant); and (3) the Systems and Purification Elements purify and/or filter water for 3,000 gallons per Purification Element (the "**Longevity Representation**"), even though they neither purify nor remove or dramatically or greatly reduce contaminants 1 to 100 gallons (collectively, the "**Challenged Representation(s)**", "**Challenged Warranty(ies)**" and/or

"**Challenged Advertising Claims**"). As the Systems and Purification Elements do not perform their singular purpose to purify or filter water, let alone for 3,000 gallons, they lack efficacy, making these products and their Accessories worthless.

5. **Causes of Action & Relief.** Plaintiff brings this putative class action against Defendant to represent a California Subclass and a National Class (defined *infra*) of similarly situated consumers misled into purchasing the Products in breach of express warranties and implied warranties of merchantability; violation of California Consumer Protection Statutes, including the Unfair Competition Law ("**UCL**", codified at Cal. Bus. & Prof. Code §§ 17200, *et seq.*), False Advertising Law ("**FAL**", codified at Cal. Bus. & Prof. Code §§ 17500, *et seq.*), and Consumers Legal Remedies Act ("**CLRA**", codified at Cal. Civ. Code §§ 1750, *et seq.*); and to the Unjust Enrichment of Defendant. Plaintiff(s) seek(s) restitution and damages, to the extent permissible and consistent with the law as set forth below, and injunctive relief to stop Defendant(s)'s unlawful false, deceptive, and misleading representations regarding the Products.

## II.

## JURISDICTION

6. This Court has original jurisdiction over this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), because the proposed Class consists of 100 or more members; the amount in controversy exceeds $5,000,000, exclusive of costs and interest; and minimal diversity exists. This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

## III.

## VENUE

7. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events and omissions giving rise to Plaintiff(s)'s claims occurred in this District. In addition, Plaintiff(s) purchased the unlawful Product(s) in this District, Defendant(s) delivered the unlawful Product(s) to this District, and Defendant(s) marketed, advertised, and sold the Product(s) within this District.

/ / /

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**IV.**

**PARTIES**

**A. Plaintiff**

8. **Plaintiff Tara Farrell.** The following is alleged based upon personal knowledge: (1) Plaintiff Tara Farrell ("Plaintiff") is a resident of Sacramento, California. (2) In or around approximately October 2019, Plaintiff Purchased the Berkey Travel with the Purification Elements for approximately $269.00 from Defendant's Amazon storefront on Amazon.com. (3) In making the purchase, Plaintiff relied on the Challenged Representations regarding the Products' contaminant-removal and longevity—namely, that the Products purify water; entirely eliminate and/or greatly or dramatically reduce contaminants from water; and/or do so for 3,000 gallons per Purification Element —in deciding to purchase the Products. (4) At the time of the purchase, Plaintiff did not know that the Products' aforementioned Challenged Representations were false. (5) If Plaintiff had known that the Products did not, as advertised and warranted, purify water; entirely eliminate and/or greatly or dramatically reduce contaminants from water; and/or do so for 3,000 gallons per Purification Element, Plaintiff would not have purchased the Products at the advertised price. (6) Following the purchase and to-date, Plaintiff has continued to see the Products advertised and warranted for sale with the Challenged Representations. (7) Plaintiff would like to purchase the Products again if and only if they complied with their Challenged Representations—i.e., if they, as Defendant advertises and warrants them, purify water; entirely, dramatically, and/or greatly remove contaminants; and do so for 3,000 gallons per Purification Element—despite the fact that the Products have been previously marred by false advertising and warranties concerning the Challenged Representations. (8) Plaintiff does not have any specialized background, education, training, experience, knowledge, or sophistication in understanding the design and manufacture of water filter and purification systems, such as the Products. (9) Plaintiff has no way of knowing whether the Products conform to the Challenged Representations and perform as advertised and warranted, without either first purchasing the Products and having them tested or relying on Defendant's Challenged Representations.

/ / /

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

9. **Plaintiff's Future Harm.** Plaintiff would continue to purchase the Products in the future if the Products, as Defendant continues to advertise and warrant them, truly purify water; entirely eliminate and/or greatly or dramatically reduce contaminants from water; and/or do so for 3,000 gallons per Purification Element. Further, Plaintiff is an average consumer who is not sophisticated in the design and manufacture of water filter and purification systems, such as the Products. Since Plaintiff would like to purchase the Products again to obtain the benefits of the Challenged Representations that Defendant continues to use—despite the fact that the Products were once marred by false advertising or warranties—Plaintiff would likely and reasonably, but incorrectly, assume the Products are true to their Challenged Representations. Accordingly, Plaintiff is at risk of reasonably, but incorrectly, assuming that Defendant has fixed the Products such that Plaintiff may buy them again, believing they are no longer falsely advertised and warranted and instead believing that they comply with the Challenged Representations. In this regard, Plaintiff is currently and in the future deprived of the ability to rely on the Challenged Representations to purchase the Products.

**B. <u>Defendant</u>**

10. **Defendant NMCL.** At all relevant times, Defendant New Millennium Concepts LTD ("**NMCL**" and/or "**Defendant(s)**") is a Texas corporation with its principal place of business in Arlington, Texas. Defendant manufactured, marketed, advertised, and sold the Products to consumers, including Plaintiff(s), throughout California and the United States. The unfair, unlawful, deceptive, and misleading Challenged Representations of the Products were prepared, approved, ratified, and used by Defendant to sell the Products, as well as market, advertise, and warrant the Products for sale.

11. **Authorized Agents.** At all relevant times, Defendant NMCL either directly sold to consumers or effectuated sales to consumers through its agents called Authorized Sellers or Authorized Dealers (hereinafter the "**Authorized Agents**"). In all relevant respects, NMCL authorized, approved, and/or ratified, as well as controlled, the Authorized Agents' use of the Challenged Representations to sell the Products on its behalf. Additionally, NMCL provided and controlled the Authorized Agents' content and language of the Challenged Representations. In this

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

way, NMCL was the Authorized Agents principal and employer for purposes of selling the Products using the Challenged Representations and, accordingly, NMCL is liable for the Authorized Agents' conduct in selling the Products using the Challenged Representations.

**V.**

**FACTUAL ALLEGATIONS**

**A.  Background**

12.    **Fundamental Human Right to Safe & Clean Water.**  In 2010, the General Assembly of the United Nations recognized the fundamental human right to clean and safe water.[1] The "lack of access to safe, sufficient and affordable water . . . has a devastating effect on the health, dignity and prosperity of billions of people, and has significant consequences for the realization of other human rights."[2]  Numerous municipalities across the nation have likewise recognized the fundamental right to safe and clean water, including, for example, the California legislature.  *See* Cal. Water Code § 106.3(a) (2012).

13.    **The Market.**  Consumers have poured billions of dollars into the filtered and purified water market. In 2018, the Global Market for home water filtration systems was valued at $8.6 billion and is expected to increase by 15.9% by 2025.[3] Consumers have turned to filtered water in hopes of purifying their drinking water and removing contaminants for aesthetic (e.g., taste, odor, appearance) and health related reasons (elimination of harmful contaminants). As a result, companies, like Defendant, have scrambled to manufacture, distribute, and sell home water filtration and purification systems to gain market share. Indeed, Defendant targets particularly vulnerable consumer demographics who are likely to need, and be concerned about, the safety of their water, including disaster stricken areas where access to clean and safe drinking water has been disrupted;

---

[1] United Nations, *Resolution Adopted by the General Assembly on 28 July 2010*, https://www.un.org/en/ga/search/view_doc.asp?symbol=A/RES/64/292 (last visited Jan. 11, 2021).

[2] United Nations, *Human Rights to Water and Sanitation*, https://www.unwater.org/water-facts/human-rights/ (last visited Jan. 11, 2021).

[3] *Home Water Filtration Unit Market Size, Share, and Trends Analysis Report By Product (RO*, ALLIED MARKET RESEARCH, June 2019, https://www.alliedmarketresearch.com/water-purifier-market (last visited Jan. 11, 2021).

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

rural and metropolitan areas that do not have publicly available access to clean and safe drinking water either because constituents rely on well-water or their water tables and reservoirs have pollutants; and health-conscious people who, for example, are cancer survivors, fear the transmission of the COVID-19 virus in their water, or otherwise have an increased concern about water pollution.[4]

**B. The Challenged Representations**

14. Defendant manufactures, markets, promotes, advertises, and sells the Systems that utilize the same Purification Elements and Accessories under the "Berkey" brand name. To convince consumers that the Products are superior and effective water filter products that purify water, Defendant advertises them as water "purification" Products or water "purifiers", that either purify water or otherwise entirely remove or "dramatically" or "greatly" reduce contaminants from water, for 3,000 gallons per Purification Element.

A) Purification Representations

15. **Purification Representations.** Defendant represents the Products as water "purification" systems, water "purifiers", or products that will "purify" water (the "**Purification Representations**") on the box of the Systems and Purification Elements and its websites. The Purification Representation is not only in the name of the trademarked Berkey Black "Purification" Element, but Defendant identifies the Systems with the Purification Representations on the box of each System in prominent, large, and bold font. Indeed, Defendant emphasizes on the box of each System that it purifies water, stating: "Fresh Clean Drinking Water Purified the Natural Way". An exemplar System package that contains these Purification Representations is set forth immediately below and images for each System's package are assembled and attached hereto as **Exhibit "1"** (Systems' Box). The Purification Representations lead reasonable consumers, including Plaintiff, to believe that the Products will provide pure water ($H_20$) or water otherwise free of contaminants when used as directed. However, the Purification Representations are false because the Products do not provide pure water ($H_20$) or water free of contaminants when used as directed because the

[4] NMCL, *News*, https://www.berkeywater.com/news/ (last visited Jan. 11, 2021); NMCL, *Berkey Blog*, https://www.berkeybynmcl.com/blog/ (last visited Jan. 11, 2021).

Products design—an activated carbon filter—cannot provide pure water ($H_20$) or water free of contaminants and tests show it failed to remove contaminants as set forth more fully below.

***a) Systems' Uniform Purification Representations on Packaging***

16. **Exemplar System Box Image:**

*See also* **Exhibit "1"** (System Box Images).

B) <u>Contaminant Reduction Representations</u>

17. **Contaminant Reduction Representations.** On Defendant's websites, as set forth below, Defendant represents the Products as water purification systems that "remove or dramatically

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

reduce" contaminants, or "remove or greatly reduce" contaminants. At times on the websites and uniformly on the box of each Purification Element, Defendant more precisely identifies the contaminants and their respective reduction rates to include: (1) viruses at greater than 99.999%, (2) pathogenic bacteria (and surrogates) at greater than 99.9999%, (3) pharmaceutical drugs at greater than 99.5%, (4) trihalomethanes at greater than 99.8%, (5) inorganic minerals at levels below lab detectable limits, (6) pesticides & (semi) volatile organic compounds at levels below lab detectable limits, (7) heavy metals (high & low pH levels) at levels ranging from greater than 80% to 99.9%, (8) radiological contaminants at levels below lab detectable limits, and (9) others at contaminants at levels of greater than 95% to 99.999%. Across all mediums, Defendant uniformly represents the Products as "removing or dramatically reducing" or "removing or greatly reducing" contaminants and, whenever specified, at a rate of at least greater than 80% (the "**Contaminant Reduction Representations**").

***a) Purification Element's Uniform Purification Representation and Contaminant Reduction Fine Print on Packaging***

18. **Black Berkey Purification Elements Box.** Each System sold comes with one or more Purification Elements. Each Purification Element comes in a box. The Purification Element box identifies the Product using the term "Purification" and provides more specificity on which contaminants are removed and the rate at which contaminants are removed or reduced, in bold, all capital letters, and underline font, as set forth in subparagraphs (1) to (9) immediately below. The box also provides, in smaller print, with no bold, no capitals, and no underline font, a highly technical explanation that is set forth in the footnotes corresponding to each subparagraph below. An exemplar image of the Purification Element's box is below and attached hereto as **Exhibit "2"**.

(1) **VIRUSES**[5]: >99.999%

(2) **PATHOGENIC BACTERIA (AND SURROGATES)**[6]: >99.9999%

---

[5] **Viruses** that are allegedly removed or reduced include: MS2 coliphage and FR coliphage.

[6] **Bacteria** that are allegedly removed or reduced include: bacillus atrophaeus (anthrax surrogate), raoultella terrigena (pathogenic bacteria surrogate), and salmonella enterica.

(3) **PHARMACEUTICAL DRUGS**[7]: removed to >99.5%

(4) **TRIHALOMETHANES**[8]: removed to >99.8%

(5) **INORGANIC MINERALS**[9]: removed to below lab detectable limits

(6) **PESTICIDES & (SEMI) VOLATILE ORGANIC COMPOUNDS (VOCs)**[10]: Removed to below lab detectable limits

---

[7] **Pharmaceutical drugs** that are allegedly removed or reduced include: 4- tert-octylphenol, acetaminophen, bisphenol A (BPA), caffeine, ciprofloxacin, erythromycin, ibuprofen, naproxen sodium, primidone, progesterone, triclosan, trimethoprim, and many more.

[8] **Trihalomethanes** that are allegedly removed or reduced include: bromodichloreomethane, bromoform, chloroform, and dibromochloromethane.

[9] **Inorganic minerals** that are allegedly removed or reduced include: chloramine, chloride, chlorine residual, and free chlorine.

[10] **Pesticides and VOCs** that are allegedly removed or reduced include: 1 1 1, 2-Tetrachloroethane; TCA; 1.1,2,2-Tetrachlorethane; 1.1,2-Trichloreothane; 1 1,2-Trichlorotrifluoreoethane; 1 1-DCA; 1 1-DCE; 1 1-Dichloropropene; 1, 2, 3 – Trichlorobenzene; 1, 2, 3-Trichloropropane; 1, 2, 4-Trichlorobenzene; 1, 2, 4- Trimethylbenzene; DBCP; 1,2-Dibromoethane; CFC 123a; 1,2-Dichlorobenzene; 1,2-Dichlorobenzene-d4; 1,2-Dichloroethane; 1,2- Dichloropropane; 1,3,5-Trimethylbenzene; 1,3-Dichlorobenzene; 1,3-Dichloropropane; 1,4-Dichlorobenzene; 2,2-Dichloropropane; 2,4,5-T 2,4,5- TP(Silvex); 2,4-D; 2,4-DB; MEK; 2-Chlorotoluene; 2-Hexanone; 2-Methyl-2-propanol; 3,5-Dichlorobenzoic Acid; 3-Hydroxycarbfuran; 4-Bromofluorobenzene; 4-Chlorotoluene; 4-Isopropyltoluene; 4-Methyl-2-pentanone; 4-Nitrophenol; 4,4'-DDD; 4,4'-DDE; 4,4'-DDT; 5-Hyrdoxydicamba; Acetone; Acenaphthylene; Acifluorfen; Alachlor Aldicarb; Aldicarb Sulfone; Aldicarb Sulfoxide; Aldrin; alpha-chlordane; Ametryn; Anthracene; Aroclor; Atraton; Atrazine; Baygon; Bentazon; Benzene; Bromacil; Bromacetic Acid; Bromobenzene; Bromochloromethane; Bromomethane; Butachlor; Butylate; Butylbenzylphthalate; Carbaryl; Carbofuran; Carbon Tetrachlordie; Carboxin; Chloramben; Chlordane; Chloroacetic Acid; Chlorobenzene; Chlorobenzilate; Chloroethane; Cloromethane; Chloropropham; Chlorprophane; cis-1,2-Dichloroethylene; cis-1,3-Dichloropropene; cis-Nonachlor Cucloate; Dacthal, Dalapon; Diazinona; Dibromoacetic Avid; Dibromochloropropane; Dibromomethane; Dicamba; Dichloroacetic Avid; Dichlorodifluoromethane; Dichloromehtane; Dichlorvos; Diclorprop; Dieldrin; Diethylphthalate; Dinoseb: Diphenamid; Disulfoton; Disulfoton Sulfone; DisulfotonSulfoxidea; Endrin; EPTC; Ethroprop; Ethylbenzene; EDB; Fenamiphos; Fenarimol; Fluorobenzene; Fluroide; gamma-Chlordane; Glyphosate; Halo acidic acids; CCC; Hexachlorobenzene; Heptachlor Epoxide; Hexachlorocyclopentadiene; Hexazinone; Isophorone; Cumene; Lindane; Merphons; Methiocarb; Methomyl; Methoxychlor; Methylclohexane-methane; MGK 264; Mevinphos; Metolachlor Metribuzin; MTBE; Methyl Paraoxon; Molinate; Monochlorobenzene; m-Xylenes; Naphthalene; Napropamide; n-Butylbenzene; Norflurazon; n-Propylbenzene; Oxamyl; o-Xylene; Pebulate; Pentachlorophenol; Picloram; Stirofos; Styerel Tebuthiuron; Terbacil; Terbufos; Terbutryn; tert-butylbenzene; PCE; THF; TCE: Thiobencarb; Toluene; Toxaphene; trans-1, 2-Dichloroethylene; trans-1,3- Dichloropropene; trans-Nonachlor Triadomefon; Tribromoacetic Acid; Trichloroacetic Acid; Trifuralin; Tricyclazole; CFC 11; Trichloreothylene; Vernolate; Vinyl Chloride; and many more.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

(7) **HEAVY METALS (HIGH & LOW pH LEVELS)**[11] [at levels ranging from greater than 80% to 99.9%]

(8) **RADIOLOGICAL CONTAMINTES** (sic.)[12] [reduced to levels that exceeded lab detection limits]

(9) **ALSO REMOVES OR REDUCES** [various other contaminants at levels ranging from 95% to 99.999%][13]

The contaminants identified in subparagraphs (1) through (9), immediately above, are collectively referred to as "**Filtered Contaminants**" hereinafter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[11] **Heavy Metals** allegedly removed or reduced include: Aluminum: >99%; Antimony: >99.9%; Barium: >80%; Beryllium: >99.9%; Bismuth: >99.9%; Cadmium: >99.97%; Cobalt: >95%; Chromium: >99.9%; Chromium 6: >99.85%; Copper: >99.9%; Iron: >99.9%; Lead: >99.9%; Mercury: >99.9%; Molybdenum: >90%; Nickel: >99.9%; Vanadium: >87.5%; Zinc: >99.9%.

[12] **Radiological Contaminants** allegedly removed or reduced include: gross alpha emitters. Gross beta emitters, and uranium.

[13] **Other contaminants** allegedly removed or reduced include: Arsenic (>99%); Escherichia coli (E Coli) (>99.999%); Fluorene (>99.9%); Manganese (>99.9%); MBAS (>96.67%); Nitrites (>95%); PCB's (>99.9%); Per fluorinated Chemicals- PFC's (PFOA, PFOS, and more) (>99.9%); Petroleum Products (.99.9%); Selenium (>99.9%); Thallium (>99.5%); Rust; Silt; Sediment; Turbidity; Foul Taste; and Odors.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

19. **Black Berkey Purification Element Box Product Image:**



*See also* **Exhibit "2"** (Purification Element's Box).

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

C) Longevity Representations

20. **Longevity Representations.** Defendant represents the Products as water purification systems that purify water or remove/reduce contaminants from water, consistent with the Purification Representations and Contaminant Reduction Representations set forth above, for 3,000 gallons per Purification Element (the "**Longevity Representation**"). For example, Defendant represents the Products on its website (Berkeywater.com) as "designed to purify approximately 3,000 gallons of water before needing replacement; 2 elements in a Berkey System will purify approximately 6,000 gallons of water before replacement is recommended."[14] In reality, the Products fail to produce pure water (H20) consistent with the Purification Representations in any amount. The Products fail to purify or filter water consistent with the Contaminant Reduction Representations for 3,000 gallons per Purification Element.

21. **Challenged Representations**. The "**Challenged Representations**", referenced above and below (throughout this complaint), collectively refer to the Purification Representations, Contaminant Reduction Representations, and Longevity Representations, defined in the paragraphs immediately above under section V. (Factual Allegations), subsection B. (The Challenged Representations).

**C. Defendant & Authorized Agents' Websites**

A) Defendant NMCL's Website

22. **Defendant NMCL's Websites[15].** In addition to the Challenged Representations on the box for the Systems and Purification Elements, Defendant NMCL has maintained two websites that advertise the Products at www.berkeywater.com and www.berkeybynmcl.com (last accessed Jan. 7, 2021). Defendant NMCL has approved, authorized, and/or ratified the content and their display on its websites and Defendant NMCL has otherwise maintained control over said content and display, including the uniform Purification, Contaminant-Reduction, and Longevity

---

[14] *Black Berkey® Purification Elements NSF*, BERKEY BY NMCL, https://www.berkeywater.com/black-berkey-purification-elements/ (last visited Jan. 12, 2020).

[15] Berkey, **BERKEY WATER**, available at https://www.berkeywater.com/ (last accessed Jan. 12, 2021); Berkey, **BERKEY BY NMCL**, available at https://www.berkeybynmcl.com/ (last visited Jan. 12, 2021).

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Representations regarding the Products set forth below.

a. **Purification Representation & Contaminant-Reduction Representation**: Defendant NMCL consistently identifies the Systems as "water purification systems" and/or "water purifiers" on the webpages dedicated to describing these Products.[16] On the webpages dedicated to describing the Purification Elements, Defendant NMCL further consistently identifies them as "Black Berkey Purification Elements" that purify water and/or remove or dramatically reduce contaminants.[17]

b. **Longevity Representation**: Defendant NMCL consistently makes the Longevity Representation on the webpages dedicated to describing the Purification Elements—specifically, that the Purification Element purifies 3,000 gallons of water per element.[18]

---

[16] **Black Berkey Purification Elements**, BERKEY BY NMCL, https://www.berkeywater.com/black-berkey-purification-elements/ (last visited Jan. 12, 2021); **Berkey® Purifiers & Filters**, BERKEY BY NMCL, https://www.berkeybynmcl.com/ (last visited Jan. 12, 2021); **Travel Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/travel-berkey-system-1-5-gal/ (last visited Jan. 12, 2021); **Big Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/big-berkey-system-2-25-gal/ (last visited Jan. 12, 2021); **Berkey Light System**, BERKEY BY NMCL, https://www.berkeywater.com/berkey-light-system-2-75-gal/ (last visited Jan. 12, 2021); **Royal Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/royal-berkey-system-3-25-gal/ (last visited Jan. 12, 2021); **Imperial Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/imperial-berkey-system-4-5-gal/ (last visited Jan. 12, 2021); **Crown Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/crown-berkey-system-6-gal/ (last visited Jan. 12, 2021); **Berkey® Purifiers & Filters**, BERKEY BY NMCL, https://www.berkeybynmcl.com/ (last visited Jan. 12, 2021).

[17] *Id.* Additionally, on the www.berkeywater.com webpage for **Travel Berkey**, Defendant further reiterates the same Contaminant-Reduction Representation—specifically, that the Purification Elements remove or dramatically reduce various contaminants.

[18] **Black Berkey Purification Elements**, BERKEY WATER NMCL, https://www.berkeywater.com/black-berkey-purification-elements/ (last visited Jan. 12, 2021); **Berkey® Purifiers & Filters**, BERKEY BY NMCL, https://www.berkeybynmcl.com/ (last visited Jan. 12, 2021); **Travel Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/travel-berkey-system-1-5-gal/ (last visited Jan. 12, 2021); **Big Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/big-berkey-system-2-25-

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

B) Defendant NMCL's Amazon Storefront

23. **Defendant NMCL's Amazon Storefront[19].** In addition to the boxes and website that Defendant maintains, Defendant NMCL has maintained an Amazon Storefront for direct to consumer online sales at https://www.amazon.com/stores/Berkey/Homepage/page/8EE04EF4-7F75-4F90-A1D7-14A90B704ABA. Defendant NMCL has approved, authorized, and/or ratified the content and its display on the Amazon Storefront website and otherwise maintained control over said content and display, including the uniform Purification, Contaminant-Reduction, and Longevity Representations regarding the Products set forth below:

a. **Purification Representation & Contaminant-Reduction Representation**: Defendant NMCL consistently identifies the Systems, on the product-purchase webpages, as "water purification systems," and/or "water purifiers," that purify water and/or remove or dramatically reduce contaminants.[20] Furthermore,

---

gal/ (last visited Jan. 12, 2021); **Berkey Light System**, BERKEY BY NMCL, https://www.berkeywater.com/berkey-light-system-2-75-gal/ (last visited Jan. 12, 2021); **Royal Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/royal-berkey-system-3-25-gal/ (last visited Jan. 12, 2021); **Imperial Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/imperial-berkey-system-4-5-gal/ (last visited Jan. 12, 2021); **Crown Berkey® System**, BERKEY BY NMCL, https://www.berkeywater.com/crown-berkey-system-6-gal/ (last visited Jan.12, 2021).

[19] **Berkey Water Filters & Purifiers, AMAZON**, https://www.amazon.com/stores/Berkey/Homepage/page/8EE04EF4-7F75-4F90-A1D7-14A90B704ABA (last visited Jan. 12, 2021).

[20] **Berkey Authentic Black Purification Elements**, AMAZON, https://www.amazon.com/Berkey-Black-Purification-Elements-Pack/dp/B00BWIWW1Y?ref_=ast_sto_dp (last visited Jan. 12, 2021); **Travel Berkey**, AMAZON, https://www.amazon.com/Travel-Berkey-Gravity-Fed-Purification-Elements/dp/B00FMUYU6I?ref_=ast_sto_dp (last visited Jan. 12, 2021); **Big Berkey**, AMAZON, https://www.amazon.com/Berkey-Gravity-Fed-Filter-Purification-Elements/dp/B00CYW3EVO/ref=pd_all_pref_1/145-7167337-0441229?_encoding=UTF8&pd_rd_i=B00CYW3EVO&pd_rd_r=dead2369-a531-4926-ac04-276bd36c04ac&pd_rd_w=vZHNb&pd_rd_wg=2Blw7&pf_rd_p=e6474b7e-8fb6-4ee2-b5d6-a1da55185fe6&pf_rd_r=3A37EAY6CCBJRR5WRDEJ&psc=1&refRID=3A37EAY6CCBJRR5WRDEJ (last visited Jan. 12, 2021); **Berkey Light**, AMAZON, https://www.amazon.com/Berkey-Gravity-Fed-Filter-Purification-Elements/dp/B00BWIWX9A/ref=pd_all_pref_14?_encoding=UTF8&pd_rd_i=B00BWIWX9A&pd_rd_r=4aeaa813-961f-40ef-bb3c- (last visited Jan. 12, 2021); **Royal Berkey**, AMAZON,

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Defendant consistently reiterates the Contaminant-Removal Representation on the product-purchase webpages—specifically that the Systems remove or dramatically reduce contaminants.[21]

  b. **Longevity Representation**: Defendant NMCL consistently makes the Longevity Representation on the product-purchase webpages—specifically that the Purification Element purifies 3,000 gallons of water per element.[22]

C)  Defendant's Authorized Agents' Websites

  24. **Authorized Agents' Websites.**[23] At all relevant times, Defendant NMCL approved,

---

https://www.amazon.com/Berkey-Gravity-Fed-Filter-Purification-Elements/dp/B00BWIWZJI/ref=pd_all_pref_7?_encoding=UTF8&pd_rd_i=B00BWIWZJI&pd_rd_r=b2086466-5219-400c-a575-9490e8c60981&pd_rd_w=YRY32&pd_rd_wg=YByjz&pf_rd_p=e6474b7e-8fb6-4ee2-b5d6-a1da55185fe6&pf_rd_r=8K66DFS61DJ6FQZ0QY91&psc=1&refRID=8K66DFS61DJ6FQZ0QY91 (last visited Jan. 12, 2021); **Imperial Berkey**, AMAZON, https://www.amazon.com/Imperial-Berkey-Gravity-Fed-Purification-Elements/dp/B001AKTW2Q/ref=pd_all_pref_2/145-7167337-0441229?_encoding=UTF8&pd_rd_i=B001AKTW2Q&pd_rd_r=236b225a-4f51-49d5-bdba-31a6b85319ee&pd_rd_w=3oPi7&pd_rd_wg=rI6IG&pf_rd_p=e6474b7e-8fb6-4ee2-b5d6-a1da55185fe6&pf_rd_r=1H5KE0T500VKQF8HHG12&psc=1&refRID=1H5KE0T500VKQF8HHG12 (last visited Jan. 12, 2021); **Crown Berkey**, AMAZON, https://www.amazon.com/Berkey-Gravity-Fed-Filter-Purification-Elements/dp/B001CJM646/ref=sr_1_14?dchild=1&keywords=crown+berkey&qid=1610410204&sr=8-14 (last visited Jan. 12, 2021).

[21] *Id.*

[22] *Id.*

[23] Berkey Filters, **BERKEY FILTERS**, https://www.berkeyfilters.com/ (last visited Jan. 12, 2021); Featured Products, **BERKEY DEPOT**, https://www.berkeydepot.com/ (last visited Jan. 12, 2021); Big Berkey Water Filters, **BIG BERKEY WATER FILTERS**, https://www.bigberkeywaterfilters.com/ (last visited Jan. 12, 2021); Berkey® Purification Systems, **BIODYNAMIC WELLNESS**, https://www.biodynamicwellness.com/berkey-purification-systems/ (last visited Jan. 12, 2021); Get Berkey: Berkey® Water Filters, **GET BERKEY**, https://www.getberkey.com/ (last visited Jan. 12, 2021); Featured Products, **MY BERKEY**, https://myberkey.com/ (last visited Jan. 12, 2021); Home of the Berkey Guy, **DIRECTIVE21**, https://www.directive21.com/ (last visited Jan. 12, 2021); Fritz Wellness Center, **FRITZ WELLNESS**, https://www.fritzwellness.com/ (last accessed Jan 12, 2021); Berkey Water Filter, **BERKEY WATER FILTER**, https://www.berkeywaterfilter.com/ (last visited Jan. 12, 2021); Berkey Water Filters, **IBERKEY**, https://www.iberkey.com/ (last visited Jan. 12, 2021); The Berkey: Purify Your Water, **THE BERKEY**, https://www.getberkey.com/ (last visited Jan. 12, 2021); Berkey USA: Rethink What You Drink, **BERKEY USA**, https://berkeyfilterwater.com/ (last visited Jan. 12, 2021); Berkey Mama: Healthy,

authorized, and/or ratified, as well as controlled, its Authorized Agents' use of the same uniform Purification, Contaminant-Reduction, and Longevity Representations on their respective websites to sell the Products on Defendant NMCL's behalf, including the representations set forth below.

a. **Purification Representation & Contaminant-Reduction Representation:** Defendant NMCL, through its Authorized Agents, identifies the Systems, on the product-purchase webpages for each website, as "water purification systems," and/or "water purifiers," that purify water and/or remove or dramatically reduce contaminants.[24] On the product-purchase webpages dedicated to describing the

---

Useful, and Fun Products, **BERKEY MAMA**, https://berkeymama.com/ (last visited Jan. 12, 2021); Berkey Water Filter USA, **BERKEY WATER FILTER USA**, https://www.berkeywaterfilterusa.com/ (last visited Jan. 12, 2021); Berkey Water USA: For the Most Healthy and Delicious Water, **MY BERKEY WATER USA**, https://myberkeywaterusa.com/ (last visited Jan. 12, 2021); Purely Water Supply, **PURELY WATER SUPPLY**, https://purelywatersupply.com/ (last visited Jan. 12, 2021); Berkey Water Filter Systems, **USA BERKEY FILTERS**, https://www.usaberkeyfilters.com/ (last visited Jan. 12, 2021); Wild Oak Trail: Your Everyday Off Grid Shop, **WILD OAK TRAIL**, https://wildoaktrail.com/ (last visited Jan. 12, 2021); Game Plan Experts: Prepare for Anything, **GAME PLAN EXPERTS**, https://gameplanexperts.com/ (last visited Jan. 12, 2021); Practical Preppers: Simply Sustainable, **PRACTICAL PREPPERS**, https://practicalpreppers.com/ (last visited Jan. 12, 2021).

[24] **Black Berkey Purification Elements**, **BERKEY FILTERS**, https://www.berkeyfilters.com/products/black-berkey-filter (last visited Jan. 12, 2021);

**Black Berkey Black Purification Elements**, **BERKEY DEPOT**, https://www.berkeyfilters.com/products/black-berkey-filter (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Travel-Berkey-scratch-and-dent (last visited Jan. 12, 2021); **Big Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Big-Berkey-scratch-and-dent (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Royal-Berkey-scratch-and-dent (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Imperial-Berkey-Blemished (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Crown-Berkey-Blemished (last visited Jan. 12, 2021) (the Berkey Light is not sold here);

**Berkey Black Purification Elements**, **BIG BERKEY WATER FILTERS**, https://www.bigberkeywaterfilters.com/black-berkey-filters.html (last visited Jan. 12, 2021); **Travel Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/travel-berkey-water-filter.html (last visited Jan. 12, 2021); **Big Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/big-berkey-water-filter.html (last visited Jan. 12, 2021); **Berkey Light**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/berkey-light-

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

water-filter.html (last visited Jan. 12, 2021); **Royal Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/royal-berkey-water-filter.html (last visited Jan. 12, 2021); **Imperial Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/imperial-berkey-water-filter.html (last visited Jan. 12, 2021); **Crown Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/crown-berkey-water-filter.html (last visited Jan. 12, 2021);

**Berkey Black Purification Systems**, **BIODYNAMIC WELLNESS**, https://www.biodynamicwellness.com/berkey-purification-systems/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **GET BERKEY**, https://www.getberkey.com/black-berkey-purification-elements-set-of-2-filters/ (last visited Jan. 12, 2021); **Travel Berkey**, GET BERKEY, https://www.getberkey.com/travel-berkey-water-filter-system-1-5-gallons/ (last visited Jan. 12, 2021); **Big Berkey**, GET BERKEY, https://www.getberkey.com/big-berkey-water-filter-system-2-25-gallons/ (last visited Jan. 12, 2021); **Berkey Light**, GET BERKEY, https://www.getberkey.com/berkey-light-water-filter-system-2-75-gallons/ (last visited Jan. 12, 2021); **Royal Berkey**, GET BERKEY, https://www.getberkey.com/royal-berkey-water-filter-system-3-25-gallons/ (last visited Jan. 12, 2021); **Imperial Berkey**, GET BERKEY, https://www.getberkey.com/imperial-berkey-water-filter-system-4-5-gallons/ (last visited Jan. 12, 2021); **Crown Berkey**, GET BERKEY, https://www.getberkey.com/crown-berkey-water-filter-system-6-gallons/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **MY BERKEY**, https://myberkey.com/product/prod_az1IjCDvCkaeOh6y (last visited Jan. 12, 2021); **Travel Berkey**, MY BERKEY, https://myberkey.com/product/prod_aRwLzUzW3NORLO2Z (last visited Jan. 12, 2021); **Big Berkey**, MY BERKEY, https://myberkey.com/product/prod_8HjGZu7HrforDXDv (last visited Jan. 12, 2021); **Berkey Light**, MY BERKEY, https://myberkey.com/product/prod_BvkQHHsh8t5s4YVQ (last visited Jan. 12, 2021); **Royal Berkey**, MY BERKEY, https://myberkey.com/product/prod_nRy92iZqFaKUptpk (last visited Jan. 12, 2021); **Imperial Berkey**, MY BERKEY, https://myberkey.com/product/prod_9P0ctrsjx35tdZ2a (last visited Jan. 12, 2021); **Crown Berkey**, MY BERKEY, https://myberkey.com/product/prod_mZNVqx91Py5xzPQn (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **DIRECTIVE21**, https://www.directive21.com/products/black-berkey-elements/ (last visited Jan. 12, 2021); **Travel Berkey**, DIRECTIVE21, https://www.directive21.com/products/travel-berkey-system/ (last visited Jan. 12, 2021); **Big Berkey**, DIRECTIVE21, https://www.directive21.com/products/big-berkey-water-filters/ (last visited Jan. 12, 2021); **Berkey Light**, DIRECTIVE21, https://www.directive21.com/products/berkey-light-water-purifier/ (last visited Jan. 12, 2021); **Royal Berkey**, DIRECTIVE21, https://www.directive21.com/products/royal-berkey-system/ (last visited Jan. 12, 2021); **Imperial Berkey**, DIRECTIVE21, https://www.directive21.com/products/imperial-berkey-system/ (last visited Jan. 12, 2021); **Crown Berkey**, https://www.directive21.com/products/crown-berkey-system/ (last visited Jan. 12, 2021);

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Fritz Wellness Center, **FRITZ WELLNESS**, https://www.fritzwellness.com/water (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **BERKEY WATER FILTER**, https://www.berkeywaterfilter.com/product/2-berkey-replacement-filters/ (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/travel-berkey/ (last visited Jan. 12, 2021); **Big Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/big-berkey/ (last visited Jan. 12, 2021); **Berkey Light**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/berkey-light/ (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/royal-berkey/ (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/imperial-berkey/ (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/crown-berkey/ (last visited Jan. 12, 2021);

**Black Berkey Purification Elements, IBERKEY**, https://www.iberkey.com/Black-Berkey-Filters (last visited Jan. 12, 2021);

**Black Berkey Purification Elements**, **THE BERKEY**, https://theberkey.com/products/black-berkey-replacement-filters-set-of-2 (last visited Jan. 12, 2021); **Travel Berkey**, THE BERKEY, https://theberkey.com/products/travel-berkey-water-filter?variant=16450748167 (last visited Jan. 12, 2021); **Big Berkey**, THE BERKEY, https://theberkey.com/products/big-berkey-water-filter (last visited Jan. 12, 2021); **Berkey Light**, THE BERKEY, https://theberkey.com/products/berkey-light-water-filter (last visited Jan. 12, 2021); **Royal Berkey**, THE BERKEY, https://theberkey.com/products/royal-berkey-water-filter (last visited Jan. 12, 2021); **Imperial Berkey**, THE BERKEY, https://theberkey.com/products/imperial-berkey-water-filter?variant=16462609543 (last visited Jan. 12, 2021); **Crown Berkey**, THE BERKEY, https://theberkey.com/products/crown-berkey-water-filter?variant=16462729927 (last visited Jan. 12, 2021);

**Black Berkey Filters**, **BERKEY USA**, https://berkeyfilterwater.com/product/black-berkey-filters/ (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY USA, https://theberkey.com/products/travel-berkey-water-filter?variant=16450748167 (last visited Jan. 12, 2021); **Big Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/big-berkey/ (last visited Jan. 12, 2021); **Berkey Light**, BERKEY USA, https://berkeyfilterwater.com/product/berkey-light/ (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/royal-berkey/ (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/imperial-berkey/ (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/crown-berkey/ (last visited Jan. 12, 2021);

**Black Berkey Replacement Elements**, **BERKEY MAMA**, https://berkeymama.com/products/black-berkey-replacement-purification-elements-set-of-2 (last visited Jan. 12, 2021);

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**Black Berkey Purification Elements**, **BERKEY WATER FILTER USA**, https://www.berkeywaterfilterusa.com/product/black-berkey-purification-elements/ (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/travel-berkey/ (last visited Jan. 12, 2021); **Big Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/big-berkey/ (last visited Jan. 12, 2021); **Berkey Light**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/berkey-light/ (last visited Jan. 12, 2021);

**Black Berkey Purification Elements**, **MY BERKEY WATER USA**, https://myberkeywaterusa.com/collections/berkey-filters-accessories/products/black-berkey%C2%AE-purification-elements (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **PURELY WATER SUPPLY**, https://purelywatersupply.com/collections/all-filters-1/products/black-berkey-water-purification-filter-elements-2-pack-bb9-2 (last visited Jan. 12, 2021); **Travel Berkey**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/travel-berkey-water-filter-1-5-gal-with-2-black-berkey-purification-elements-bt2x2-bb (last visited Jan. 12, 2021); **Big Berkey**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/big-berkey-water-filter-2-25-gal-with-2-black-berkey-purification-elements-bk4x2-bb (last visited Jan. 12, 2021); **Berkey Light**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/berkey-light-water-filter-2-75-gal-with-2-black-berkey-purification-elements-bl4x2-bb (last visited Jan. 12, 2021); **Royal Berkey**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/royal-berkey-water-filter-3-25-gal-with-2-black-berkey-purification-elements-rb4x2-bb (last visited Jan. 12, 2021) (the Imperial Berkey and Crown Berkey Systems are not sold here);

**Black Berkey Purification Elements**, **USA BERKEY FILTERS**, https://www.usaberkeyfilters.com/products/black-berkey-elements/ (last visited Jan. 12, 2021); **Travel Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/travel-berkey-system/ (last visited Jan. 8, 2021); **Big Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/big-berkey-water-filter/ (last visited Jan. 12, 2021); **Berkey Light**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/berkey-light-water-purifier/ (last visited Jan. 12, 2021); **Royal Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/royal-berkey-system/ (last visited Jan. 12, 2021); **Imperial Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/imperial-berkey-system/ (last visited Jan. 12, 2021); **Crown Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/crown-berkey-system/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **WILD OAK TRAIL**, https://wildoaktrail.com/products/black-berkey-elements-set-of-two?_pos=19&_sid=5841b288d&_ss=r/ (last visited Jan. 12, 2021); **Travel Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/travel-berkey-system-1-5-gal (last visited Jan. 12, 2021); **Big Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/big-berkey-2-25-gal-with-2-black-elements/ (last visited Jan. 12, 2021); **Berkey Light**, WILD OAK TRAIL, https://wildoaktrail.com/products/berkey-light (last visited Jan. 12, 2021); **Royal Berkey**, WILD

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Purification Elements, Defendant NMCL, through its Authorized Agents, further identifies the Systems as utilizing "Black Berkey Purification Elements" that purify water and/or that remove or dramatically reduce contaminants.[25]

---

OAK TRAIL, https://wildoaktrail.com/products/royal-berkey-3-25-gal-with-2-black-elements (last visited Jan. 12, 2021); **Imperial Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/imperial-berkey-4-5-gal-with-2-black-elements?variant=44155001414 (last visited Jan. 12, 2021); **Crown Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/crown-berkey-6-gal-with-2-black-elements?variant=16448970784858 (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **GAME PLAN EXPERTS**, https://gameplanexperts.com/collections/chemicals-treatments/products/black-berkey-filters-set-of-2 (last visited Jan. 12, 2021); **Travel Berkey**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/travel-berkey-1-5-gal-water-purifier-2-filters (last visited Jan. 12, 2021); **Big Berkey**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/big-berkey-2-25-gal-water-purifier-with-4-black-berkey-filters (last visited Jan. 12, 2021); **Berkey Light**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/berkey-light-2-75-gal-water-purifier-2-filters (last visited Jan. 12, 2021);

**Big Berkey, PRACTICAL PREPPERS**, https://practicalpreppers.com/product/big-berkey-water-filter/ (last visited Jan. 12, 2021); **Berkey Light**, PRACTICAL PREPPERS, https://practicalpreppers.com/product/berkey-light-water-filter/ (last visited Jan. 12, 2021); **Royal Berkey**, PRACTICAL PEEPPERS, https://practicalpreppers.com/product/royal-berkey-water-filter/ (last visited Jan. 12, 2021); **Crown Berkey**, PRACTICAL PEEPPERS, https://practicalpreppers.com/product/crown-berkey/ (last visited Jan. 12, 2021) (the Purification Elements, Travel Berkey Systems, and the Imperial Berkey Systems are not sold here).

[25] On the www.berkeyfilters.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Purification and Contaminant-Reduction Representations. **Black Berkey Purification Elements**, BERKEY FILTERS, https://www.berkeyfilters.com/products/black-berkey-filter (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/travel-berkey (last visited Jan. 12, 2021); **Big Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/big-berkey (last visited Jan. 12, 2021); **Berkey Light**, BERKEY FILTERS, https://www.berkeyfilters.com/products/berkey-light (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/royal-berkey (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/imperial-berkey (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/crown-berkey (last visited Jan. 12, 2021).

On the www.iberkey.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Purification and Contaminant-Reduction Representations.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**Black Berkey Purification Elements,** IBERKEY, https://www.iberkey.com/Black-Berkey-Filters (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, IBERKEY, https://www.iberkey.com/Travel-Berkey (last visited Jan. 12, 2021); **Big Berkey**, IBERKEY, https://www.iberkey.com/Big-Berkey (last visited Jan. 12, 2021); **Berkey Light**, IBERKEY, https://www.iberkey.com/Berkey-Light (last visited Jan. 12, 2021); **Royal Berkey**, IBERKEY, https://www.iberkey.com/Royal-Berkey (last visited Jan. 12, 2021); **Imperial Berkey**, IBERKEY, https://www.iberkey.com/Imperial-Berkey (last visited Jan. 12, 2021); **Crown Berkey**, IBERKEY, https://www.iberkey.com/Crown-Berkey (last visited Jan. 12, 2021).

On the www.berkeymama.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Purification and Contaminant-Reduction Representations. **Black Berkey Replacement Elements**, BERKEY MAMA, https://berkeymama.com/products/black-berkey-replacement-purification-elements-set-of-2 (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, BERKEY MAMA, https://berkeymama.com/products/travel-berkey-15-gal (last visited Jan. 12, 2021); **Big Berkey**, BERKEY MAMA, https://berkeymama.com/products/big-berkey (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY MAMA, https://berkeymama.com/products/royal-berkey-325-gal (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY MAMA, https://berkeymama.com/products/341y6h7xiz (last visited Jan. 12, 2021). The Berkey Light and Crown Berkey Systems are not sold here.

On the www.berkeywaterfilterusa.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Purification and Contaminant-Reduction Representations. **Black Berkey Purification Elements**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/black-berkey-purification-elements/ (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Royal Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/royal-berkey/ (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/imperial-berkey/ (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY WATER FILTER USA, https://berkeyfilterwater.com/product/crown-berkey/ (last visited Jan. 12, 2021).

On the www.myberkeywater.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Purification and Contaminant-Reduction Representations. **Black Berkey Purification Elements**, **MY BERKEY WATER USA**, https://myberkeywaterusa.com/collections/berkey-filters-accessories/products/black-berkey%C2%AE-purification-elements (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/travel-berkey (last visited Jan. 12, 2021); **Big Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/big-

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

b. **Longevity Representation**: Defendant NMCL, through its Authorized Agents, consistently makes the same Longevity Representation on the product-purchase webpages—specifically that the Purification Element purifies 3,000 gallons of water per element.[26] Additionally, on the product-purchase webpages dedicated

berkey-free-shipping-in-usa (last visited Jan. 12, 2021); **Berkey Light**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/berkey-light-system-1-5-people (last visited Jan. 12, 2021); **Royal Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/royal-berkey (last visited Jan. 12, 2021); **Imperial Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/products/imperial-berkey-4-25-gal?_pos=6&_sid=91c6302f2&_ss=r (last visited Jan. 12, 2021); **Crown Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/products/crown-berkey-4-filter-bundle?_pos=4&_sid=30bd1600e&_ss=r (last visited Jan. 12, 2021).

On the www.gameplanexperts.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Purification and Contaminant-Reduction Representations. **Berkey Black Purification Elements**, GAME PLAN EXPERTS, https://gameplanexperts.com/collections/chemicals-treatments/products/black-berkey-filters-set-of-2 (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Royal Berkey**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/royal-berkey-3-25-gal-water-purifier-2-filters (last visited Jan. 8, 2021). The Imperial Berkey and Crown Berkey Systems are not sold here.

[26] **Berkey Black Purification Elements**, **BERKEY FILTERS**, https://www.berkeyfilters.com/products/black-berkey-filter (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/travel-berkey (last visited Jan. 12, 2021); **Big Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/big-berkey (last visited Jan. 12, 2021); **Berkey Light**, BERKEY FILTERS, https://www.berkeyfilters.com/products/berkey-light (last accessed Jan 12, 2021); **Royal Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/royal-berkey (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/imperial-berkey (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY FILTERS, https://www.berkeyfilters.com/products/crown-berkey (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **BERKEY DEPOT**, https://www.berkeydepot.com/Black-Berkey-Filters (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **BIG BERKEY WATER FILTERS**, https://www.bigberkeywaterfilters.com/black-berkey-filters.html (last visited Jan. 12, 2021); **Travel Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/travel-berkey-water-filter.html (last visited Jan. 12, 2021); **Big Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/big-berkey-water-filter.html (last visited Jan. 12, 2021);

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**Berkey Light**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/berkey-light-water-filter.html (last visited Jan. 12, 2021); **Royal Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/royal-berkey-water-filter.html (last visited Jan. 12, 2021); **Imperial Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/imperial-berkey-water-filter.html (last visited Jan. 12, 2021); **Crown Berkey**, BIG BERKEY WATER FILTERS, https://www.bigberkeywaterfilters.com/crown-berkey-water-filter.html (last visited Jan. 12, 2021);

**Berkey® Purification Systems**, **BIODYNAMIC WELLNESS**, https://www.biodynamicwellness.com/berkey-purification-systems/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **GET BERKEY**, https://www.getberkey.com/black-berkey-purification-elements-set-of-2-filters/ (last visited Jan. 12, 2021); **Travel Berkey**, GET BERKEY, https://www.getberkey.com/travel-berkey-water-filter-system-1-5-gallons/ (last visited Jan. 12, 2021); **Big Berkey**, GET BERKEY, https://www.getberkey.com/big-berkey-water-filter-system-2-25-gallons/ (last visited Jan. 12, 2021); **Berkey Light**, GET BERKEY, https://www.getberkey.com/berkey-light-water-filter-system-2-75-gallons/ (last visited Jan. 12, 2021); **Royal Berkey**, GET BERKEY, https://www.getberkey.com/royal-berkey-water-filter-system-3-25-gallons/ (last visited Jan. 12, 2021); **Imperial Berkey**, GET BERKEY, https://www.getberkey.com/imperial-berkey-water-filter-system-4-5-gallons/ (last visited Jan. 12, 2021); **Crown Berkey**, GET BERKEY, https://www.getberkey.com/crown-berkey-water-filter-system-6-gallons/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **MY BERKEY**, https://myberkey.com/product/prod_az1IjCDvCkaeOh6y (last visited Jan. 12, 2021); **Travel Berkey**, MY BERKEY, https://myberkey.com/product/prod_aRwLzUzW3NORLO2Z (last visited Jan. 12, 2021); **Big Berkey**, MY BERKEY, https://myberkey.com/product/prod_8HjGZu7HrforDXDv (last visited Jan. 12, 2021); **Berkey Light**, MY BERKEY, https://myberkey.com/product/prod_BvkQHHsh8t5s4YVQ (last visited Jan. 12, 2021); **Royal Berkey**, MY BERKEY, https://myberkey.com/product/prod_nRy92iZqFaKUptpk (last visited Jan. 8, 2021); **Imperial Berkey**, MY BERKEY, https://myberkey.com/product/prod_9P0ctrsjx35tdZ2a (last visited Jan. 12, 2021); **Crown Berkey**, MY BERKEY, https://myberkey.com/product/prod_mZNVqx91Py5xzPQn (last visited Jan., 2021);

**Berkey Black Purification Elements**, **DIRECTIVE21**, https://www.directive21.com/products/black-berkey-elements/ (last visited Jan. 12, 2021);

**Berkey Filtration Systems**, **FRITZ WELLNESS**, https://www.fritzwellness.com/water (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **BERKEY WATER FILTER**, https://www.berkeywaterfilter.com/product/2-berkey-replacement-filters/ (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/travel-berkey/ (last visited Jan. 12, 2021); **Big Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/big-berkey/ (last visited Jan. 12, 2021); **Berkey Light**, BERKEY WATER FILTER,

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

https://www.berkeywaterfilter.com/product/berkey-light/ (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/royal-berkey/ (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/imperial-berkey/ (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY WATER FILTER, https://www.berkeywaterfilter.com/product/crown-berkey/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **IBERKEY**, https://www.iberkey.com/Black-Berkey-Filters (last visited Jan. 12, 2021);

**Black Berkey Purification Elements**, **THE BERKEY**, https://theberkey.com/products/black-berkey-replacement-filters-set-of-2 (last visited Jan. 12, 2021); **Travel Berkey**, THE BERKEY, https://theberkey.com/products/travel-berkey-water-filter?variant=16450748167 (last visited Jan. 12, 2021); **Big Berkey**, THE BERKEY, https://theberkey.com/products/big-berkey-water-filter (last visited Jan. 12, 2021); **Berkey Light**, THE BERKEY, https://theberkey.com/products/berkey-light-water-filter (last visited Jan. 12, 2021); **Royal Berkey**, THE BERKEY, https://theberkey.com/products/royal-berkey-water-filter (last visited Jan. 12, 2021); **Imperial Berkey**, THE BERKEY, https://theberkey.com/products/imperial-berkey-water-filter?variant=16462609543 (last visited Jan. 12, 2021); **Crown Berkey**, THE BERKEY, https://theberkey.com/products/crown-berkey-water-filter?variant=16462729927 (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **BERKEY USA**, https://berkeyfilterwater.com/product/black-berkey-filters/ (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/travel-berkey/ (last visited Jan. 12, 2021); **Big Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/big-berkey/ (last visited Jan. 12, 2021); **Berkey Light**, BERKEY USA, https://berkeyfilterwater.com/product/berkey-light/ (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/royal-berkey/ (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/imperial-berkey/ (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY USA, https://berkeyfilterwater.com/product/crown-berkey/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **BERKEY MAMA**, https://berkeymama.com/products/black-berkey-replacement-purification-elements-set-of-2 (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **BERKEY WATER FILTER USA**, https://www.berkeywaterfilterusa.com/product/black-berkey-purification-elements/ (last visited Jan. 12, 2021); **Travel Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/travel-berkey/ (last visited Jan. 12, 2021); **Berkey Light**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/berkey-light/ (last visited Jan. 12, 2021);

**Black Berkey Purification Elements**, **MY BERKEY WATER USA**, https://myberkeywaterusa.com/collections/berkey-filters-accessories/products/black-berkey%C2%AE-purification-elements (last visited Jan. 12, 2021);

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

---

**Berkey Black Purification Elements**, **PURELY WATER SUPPLY**, https://purelywatersupply.com/collections/all-filters-1/products/black-berkey-water-purification-filter-elements-2-pack-bb9-2 (last visited Jan. 12, 2021); **Travel Berkey**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/travel-berkey-water-filter-1-5-gal-with-2-black-berkey-purification-elements-bt2x2-bb (last visited Jan. 12, 2021); **Big Berkey**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/big-berkey-water-filter-2-25-gal-with-2-black-berkey-purification-elements-bk4x2-bb (last visited Jan. 12, 2021); **Berkey Light**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/berkey-light-water-filter-2-75-gal-with-2-black-berkey-purification-elements-bl4x2-bb (last visited Jan. 12, 2021); **Royal Berkey**, PURELY WATER SUPPLY, https://purelywatersupply.com/collections/gravity-filtration-systems/products/royal-berkey-water-filter-3-25-gal-with-2-black-berkey-purification-elements-rb4x2-bb (last visited Jan. 12, 2021) (the Imperial Berkey and Crown Berkey Systems are not sold here);

**Berkey Black Purification Elements**, **USA BERKEY FILTERS**, https://www.usaberkeyfilters.com/products/black-berkey-elements/ (last visited Jan. 12, 2021); **Travel Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/travel-berkey-system/ (last visited Jan. 12, 2021); **Big Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/big-berkey-water-filter/ (last visited Jan. 12, 2021); **Berkey Light**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/berkey-light-water-purifier/ (last visited Jan. 12, 2021); **Royal Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/royal-berkey-system/ (last visited Jan. 12, 2021); **Imperial Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/imperial-berkey-system/ (last visited Jan. 12, 2021); **Crown Berkey**, USA BERKEY FILTERS, https://www.usaberkeyfilters.com/products/crown-berkey-system/ (last visited Jan. 12, 2021);

**Berkey Black Purification Elements**, **WILD OAK TRAIL**, https://wildoaktrail.com/products/black-berkey-elements-set-of-two?_pos=19&_sid=5841b288d&_ss=r/ (last visited Jan. 12, 2021); **Travel Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/travel-berkey-system-1-5-gal (last visited Jan. 12, 2021); **Big Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/big-berkey-2-25-gal-with-2-black-elements/ (last visited Jan. 12, 2021); **Berkey Light**, WILD OAK TRAIL, https://wildoaktrail.com/products/berkey-light (last visited Jan. 12, 2021); **Royal Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/royal-berkey-3-25-gal-with-2-black-elements (last visited Jan. 12, 2021); **Imperial Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/imperial-berkey-4-5-gal-with-2-black-elements?variant=44155001414 (last visited Jan. 12, 2021); **Crown Berkey**, WILD OAK TRAIL, https://wildoaktrail.com/products/crown-berkey-6-gal-with-2-black-elements?variant=16448970784858 (last visited Jan. 12, 2021)

**Berkey Black Purification Elements**, **GAME PLAN EXPERTS**, https://gameplanexperts.com/collections/chemicals-treatments/products/black-berkey-filters-set-of-2 (last visited Jan. 12, 2021); **Travel Berkey**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/travel-berkey-1-5-gal-water-purifier-2-filters (last visited

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

to describing the Purification Elements, Defendant NMCL, through its Authorized Agents, identifies the Systems as utilizing "Black Berkey Purification Elements" and represents that the Purification Elements purify 3,000 gallons of water per element.[27]

---

Jan. 12, 2021); **Big Berkey**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/big-berkey-2-25-gal-water-purifier-with-4-black-berkey-filters (last visited Jan. 12, 2021); **Berkey Light**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/berkey-light-2-75-gal-water-purifier-2-filters (last visited Jan. 12, 2021);

**Big Berkey**, **PRACTICAL PREPPERS**, https://practicalpreppers.com/product/big-berkey-water-filter/ (last visited Jan. 8, 2021); **Berkey Light**, PRACTICAL PREPPERS, https://practicalpreppers.com/product/berkey-light-water-filter/ (last visited Jan. 8, 2021); **Royal Berkey**, PRACTICAL PREPPERS, https://practicalpreppers.com/product/royal-berkey-water-filter/ (last visited Jan. 8, 2021); **Crown Berkey**, PRACTICAL PREPPERS https://practicalpreppers.com/product/crown-berkey/ (last visited Jan. 8, 2021) (the Purification Elements, the Travel Berkey Systems, and the Imperial Berkey Systems are not sold here).

[27] On the www.berkeydepot.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Longevity Representations. **Berkey Black Purification Elements**, **BERKEY DEPOT**, https://www.berkeydepot.com/Black-Berkey-Filters (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Travel-Berkey-scratch-and-dent (last visited Jan. 12, 2021); **Big Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Big-Berkey-scratch-and-dent (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Royal-Berkey-scratch-and-dent (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Imperial-Berkey-Blemished (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY DEPOT, https://www.berkeydepot.com/Crown-Berkey-Blemished (last visited Jan. 12, 2021). The Berkey Light System is not sold here.

On the www.directive21.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Longevity Representations. **Berkey Black Purification Elements**, **DIRECTIVE21**, https://www.directive21.com/products/black-berkey-elements/ (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, DIRECTIVE21, https://www.directive21.com/products/travel-berkey-system/ (last visited Jan. 12, 2021); **Big Berkey**, DIRECTIVE21, https://www.directive21.com/products/big-berkey-water-filters/ (last visited Jan. 12, 2021); **Berkey Light**, DIRECTIVE21, https://www.directive21.com/products/berkey-light-water-purifier/ (last visited Jan. 12, 2021); **Royal Berkey**, DIRECTIVE21, available at https://www.directive21.com/products/royal-berkey-system/ (last visited Jan. 12, 2021); **Imperial Berkey**, DIRECTIVE21, https://www.directive21.com/products/imperial-berkey-system/ (last visited Jan. 12, 2021);

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**Crown Berkey**, https://www.directive21.com/products/crown-berkey-system/ (last visited Jan. 12, 2021).

On the www.iberkey.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Longevity Representations. **Berkey Black Purification Elements**, **IBERKEY**, https://www.iberkey.com/Black-Berkey-Filters (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, IBERKEY, https://www.iberkey.com/Travel-Berkey (last visited Jan. 12, 2021); **Big Berkey**, IBERKEY, https://www.iberkey.com/Big-Berkey (last visited Jan. 12, 2021); **Berkey Light**, IBERKEY, https://www.iberkey.com/Berkey-Light (last visited Jan. 12, 2021); **Royal Berkey**, IBERKEY, https://www.iberkey.com/Royal-Berkey (last visited Jan. 12, 2021); **Imperial Berkey**, IBERKEY, https://www.iberkey.com/Imperial-Berkey (last visited Jan. 12, 2021); **Crown Berkey**, IBERKEY, https://www.iberkey.com/Crown-Berkey (last visited Jan. 12, 2021).

On the www.berkeymama.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Longevity Representations. **Black Berkey Purification Elements**, **MY BERKEY WATER USA**, https://myberkeywaterusa.com/collections/berkey-filters-accessories/products/black-berkey%C2%AE-purification-elements (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, BERKEY MAMA, https://berkeymama.com/products/travel-berkey-15-gal (last visited Jan. 12, 2021); **Big Berkey**, BERKEY MAMA, https://berkeymama.com/products/big-berkey (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY MAMA, https://berkeymama.com/products/royal-berkey-325-gal (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY MAMA, https://berkeymama.com/products/341y6h7xiz (last visited Jan. 8, 2021). The Berkey Light and the Crown Berkey Systems are not sold here.

On the www.berkeywaterfilterusa.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Longevity Representations. **Berkey Black Purification Elements**, **BERKEY WATER FILTER USA**, https://www.berkeywaterfilterusa.com/product/black-berkey-purification-elements/ (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Big Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/big-berkey/ (last visited Jan. 12, 2021); **Royal Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/royal-berkey/ (last visited Jan. 12, 2021); **Imperial Berkey**, BERKEY WATER FILTER USA, https://www.berkeywaterfilterusa.com/product/imperial-berkey/ (last visited Jan. 12, 2021); **Crown Berkey**, BERKEY WATER FILTER USA, https://berkeyfilterwater.com/product/crown-berkey/ (last visited Jan. 12, 2021).

On the www.myberkeywaterusa.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Longevity Representations. **Black Berkey Purification Elements**, **MY BERKEY WATER USA**, https://myberkeywaterusa.com/collections/berkey-filters-accessories/products/black-

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

c. **Other Authorized Agents.** Defendant may have had additional Authorized Agents, of which Plaintiff and Plaintiff's counsel are currently unaware, who maintained additional websites that are not explicitly cited above. Consistent with Defendant NMCL's business practice of uniformly using the Challenged Representations to sell Products, it is alleged based upon this information and belief that such additional Authorized Agent websites likewise sold the Products on behalf of Defendant NMCL using the same Challenged Representations, as approved, authorized, ratified, and/or controlled by Defendant NMCL.

**D. The Challenged Representations Are False, Misleading, and Deceptive**

25. **Regulation of Water Filters.** There is no federal regulation for residential water treatment filters or purifiers for private use (as opposed to public water systems and treatment

---

berkey%C2%AE-purification-elements (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Travel Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/travel-berkey (last visited Jan. 12, 2021); **Big Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/big-berkey-free-shipping-in-usa (last visited Jan. 12, 2021); **Berkey Light**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/berkey-light-system-1-5-people (last visited Jan. 12, 2021); **Royal Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/collections/select-berkey-water-systems-filters/products/royal-berkey (last visited Jan. 12, 2021); **Imperial Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/products/imperial-berkey-4-25-gal?_pos=6&_sid=91c6302f2&_ss=r (last visited Jan. 12, 2021); **Crown Berkey**, MY BERKEY WATER USA, https://myberkeywaterusa.com/products/crown-berkey-4-filter-bundle?_pos=4&_sid=30bd1600e&_ss=r (last visited Jan. 12, 2021).

On the www.gameplanexperts.com webpage for the Purification Elements, Defendant NMCL, through its Authorized Agent, reiterates the same Longevity Representations. **Berkey Black Purification Elements**, **GAME PLAN EXPERTS**, https://gameplanexperts.com/collections/chemicals-treatments/products/black-berkey-filters-set-of-2 (last visited Jan. 12, 2021). The following systems utilize the Black Berkey Purification Elements and Defendant, through its Authorized Agent, references the Purification Elements on these webpages. *See* **Royal Berkey**, GAME PLAN EXPERTS, https://gameplanexperts.com/products/royal-berkey-3-25-gal-water-purifier-2-filters (last visited Jan. 8, 2021). The Imperial Berkey and the Crown Berkey Systems are not sold here.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

facilities) that requires certain contaminants to be removed, at set rates, for a specified amount of time or volume of water.[28] However, the American National Standards Institute ("**ANSI**") with NSF International ("**NSF**") have created industry wide and nationally accepted testing protocols and performance standards, taking into consideration different industry and advocacy group input, to establish transparency and minimum requirements for the safety and performance of various products, including water filter systems such as the Products,[29] including:

a. **NSF/ANSI Standard 42-Aesthetic Effects**: NSF/ANSI Standard 42 establishes testing protocols for drinking water filtration or treatment units, including point-of-use systems (like water pitchers and the Products, referred to as "POU systems") and point-of-entry systems (like plumbing in-line systems, referred to as "POE systems"), to determine whether they, among other things, perform in accord with the manufacturer's specifications to reduce non-health-related contaminants, such as chlorine, taste and odor, chloramine, particulate, iron, manganese, zinc, and total dissolved solids.[30]

b. **NSF/ANSI Standard 53-Health Effects**: NSF/ANSI Standard 53 establishes testing protocols for drinking water filtration or treatment units, including POU and POE systems, to determine whether they, among other things, perform in accord with the manufacturer's specifications to reduce health-related contaminants.[31] The list of health-related contaminants exceeds 50 different types of contaminants that includes, for example, microbiological (harmful cysts), chemical (disinfection byproducts, pesticides and herbicides, volatile organic compounds ("**VOCs**"), and methyl tertiary butyl ether ("**MTBEs**"), and particulate matter (lead, mercury, etc.). The standard also sets testing protocols to determine whether the POU/POE systems reduce contaminants to a level at or

---

[28] *NSF Standards for Water Treatment Systems*, NSF, https://www.nsf.org/knowledge-library/standards-water-treatment-systems (last visited Jan 12, 2021).
[29] *Id.*
[30] *Id.*
[31] *Id.*

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

below federally accepted maximum levels of health-related contaminants in public water systems under the Safe Drinking Water Act (codified at 42 U.S.C. §§ 300f, *et seq.*).  *See also* 40 CFR 141.

    c.  **NSF/ANSI Standard 401-Emerging Compounds/Incidental Contaminants**: NSF/ANSI Standard 401 establishes testing protocols and minimum performance standards for drinking water filtration or treatment units, including POU and POE systems, that are designed to remove up to 15 individual contaminants that have been identified in published studies as occurring in drinking water, including prescription drugs, over the counter pain medications, pesticides, herbicides, and some new chemical compounds used in flame retardants, plastics, and detergents.[32]

26.  **No ANSI/NSF Certified Lab Tests.** The Systems and Purification Elements are not tested by an ANSI or NSF accredited or certified laboratory to meet NSF/ANSI standards pertaining to water treatment systems, including NASF/ANSI Standard 42, 53, or 401.[33] Nor are Defendants' Products registered with the California Water Board pursuant to California Health & Safety Code sections 116825, *et seq.*[34]

    A)    <u>ANSI Accredited Laboratory IAMPO's Test Results</u>

27.  **NSF Certified Lab Test Results.** IAMPO R&T ("IAMPO") is a lab accredited by ANSI, through continual and detailed ANSI audits, to ensure that IAMPO's product certifications—

---

[32] *Id.*

[33] *Are the Black Berkey® Purification Elements NSF certified*, BERKEY BY NMCL, November 10, 2014, http://berkeywaterkb.com/are-the-black-berkey-purification-elements-nsf-certified/ (last visited Jan. 11, 2021); *see also Listing Category Search Page | NSF International*, NSF International, https://info.nsf.org/Certified/DWTU/ (last visited Jan 12, 2021) (provides complete listing of all manufacturers or products with NSF Certified Drinking Water Treatment Units); *Residential Water Treatment Devices*, CA Water Boards, https://www.waterboards.ca.gov/drinking_water/certlic/device/watertreatmentdevices.html (last visited January 13, 2021) (identifying IAPMO R&T, NSF International, UL, and Water Quality Association as accredited laboratories and providing link to Registered Water Treatment Devices at https://www.waterboards.ca.gov/drinking_water/certlic/device/docs/registered_water_treatment_devices.xlsx) (last visited January 13, 2021).

[34] *Id.*

certifications that the lab tested and determined the product complies or fails to comply with ANSI standards—are consistently accurate, complete, and without bias.[35] IAMPO tested two Purification Elements, installed in a Berkey Crown, under NSF/ANSI 42 and 53 Standards, to evaluate the Products' performance in removing or reducing contaminants—specifically, Chloramine, VOCs through the surrogate Chloroform, and Hexavalent Chromium (also known as Chromium 6) at low and high pH levels of 6.5 and 8.5. The lab conducted the tests consistent all applicable NSF/ANSI testing protocols. Reports regarding the findings and conclusions of the tests (attached hereto as **Exhibit "3"** (Lab Results)) show that the Products do not purify water, let alone remove or dramatically reduce contaminants, including the Filtered Contaminants, for more than 100 gallons, let alone 3,000 gallons consistent with the Challenged Representations. The Products performance was so abysmal that they did not even satisfy the lowest minimum reduction rate of 80% noted in Defendant's fine print regarding the Contaminant Reduction Representations. The Products repeatedly failed to comply with Defendant's Purification and Contaminant Reduction Representations within the first gallon (0.03%) to 200 gallons (6.67%) of the Products purported 3,000 gallon lifespan.

a. **NSF/ANSI 42 Inorganic Minerals Reduction (Chloramine).** In fine print on the Purification Elements' box, Defendant represents that the Purification Elements reduce inorganic minerals, including Chloramine, to below lab detectible limits. IAMPO tested the Purification Elements, under NSF/ANSI Standard 42, for chloramine reduction. Influent water was prepared and checked daily according to specifications in NSF/ANSI 42, sections 7.3.2 and 7.3.2.6.1. The influent water was run through the Berkey Crown system, with two Purification Elements installed according manufacturer instructions. Samples of influent and effluent water were taken at 1 gallon, 50 gallons, 100 gallons, and 200 gallons to measure chloramine and the percentage reduction from the influent and effluent chloramine. Although Defendant claimed that Chloramine would be

[35] IAMPO, Water Systems FAQ, https://www.iapmo.org/rt/water-systems/faq (last visited Jan. 11, 2021).

reduced to below lab detectible limits for 3,000 gallons of water, the Products failed to perform accordingly within the first 50 gallons of water sampled. The average percent reduction within less than the first 7% of the Product's purported lifespan (200 gallons of 3,000 gallons) fell below 80% (the purported lowest percentage reduction of any of the Filtered Contaminants described in fine print). Tables that display the findings from IAMPO's test are below and set forth in greater detail in **Exhibit "3"** (Lab Results):

| **Table One: IAMPO Lab Report Findings—Influent & Effluent Chloramine Levels** | | | |
|---|---|---|---|
| **Sample Points (Gallons)** | **Influent Chloramine (mg/L)** | **Effluent 1 Chloramine (mg/L)** | **Percent Reduction (%)** |
| 1 | 3.20 | <RL[36] | 98.4 |
| 50 | 3.11 | 0.40 | 87.1 |
| 100 | 3.11 | **0.92** | **70.4** |
| 200 | 2.86 | **1.25** | **56.3** |

| **Table Two: IAMPO Lab Report Findings—Average Influent, Effluent, and Percent Reduction of Chloramine Levels** | | |
|---|---|---|
| | **Results** | **Standard Requirements** |
| **Average Influent (ppm)** | 3.07 | 3 mg/L +/- 0.3 |
| **Average Effluent (ppm)** | 0.86 | 0.5 |
| **Average Percent Reduction** | 78.1 | |

IAMPO discontinued the test at 200 gallons because it failed to perform according to specifications more than once and so the test was discontinued. From the abysmal performance of the Products under NSF/ANSI 42 testing of removal or

[36] The term "<RL" means less than reporting limit of 0.04 mg/L.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

reduction of an inorganic mineral, such as Chloramine, it appears that the Products fail to purify water, or otherwise remove or dramatically reduce inorganic minerals to below detectible lab levels (or at least more than the fine-print minimum 80% lowest purported percentage reduction of any Filtered Contaminant), for more than 50 gallons. Defendant's Purification, Contaminant-Reduction, and Longevity Representations are false.

b. **NSF/ANSI 53 for VOCs Reduction (Chloroform).** In fine print on the Purification Elements' box, Defendant represents that the Purification Elements reduce volatile organic compounds ("VOCs"), including Chloroform, to below lab detectible limits. IAMPO tested the Purification Elements, under NSF/ANSI Standard 53, for Chloroform reduction. Influent water was prepared and checked daily according to specifications in NSF/ANSI 53, section 7.2.5.1. The influent water was run through the Berkey Crown system, with two Purification Elements installed according manufacturer instructions. Samples of influent and effluent water were taken at 1 gallon, 50 gallons, 100 gallons, and 200 gallons to measure Chloroform and the percentage reduction from the influent and effluent Chloroform. Although Defendant claimed that Chloroform would be reduced to below lab detectible limits for 3,000 gallons of water, the Products failed to perform accordingly within the first 50 gallons of water sampled. The average percent reduction within less than the first 7% of the Product's purported lifespan (200 gallons of 3,000 gallons) fell below 80% (the purported lowest percentage reduction of any of the Filtered Contaminants described in fine print). Tables that display the findings from IAMPO's test are below and set forth in greater detail in **Exhibit "3"** (Lab Results):

/ / /

/ / /

/ / /

/ / /

| **Table One: IAMPO Lab Report Findings—Influent & Effluent Chloroform (VOC) Levels** | | | |
|---|---|---|---|
| **Sample Points (Gallons)** | **Influent Chloroform (ppb)** | **Effluent 1 Chloroform (ppb)** | **Percent Reduction (%)** |
| 1 | 268 | 1.14 | 99.6 |
| 50 | 267 | 0.24 | 99.9 |
| 100 | 227 | **27.6** | **87.8** |
| 200 | 343 | **122** | **64.4** |

| **Table Two: IAMPO Lab Report Findings—Average Influent, Effluent, and Percent Reduction of Chloroform (VOC) Levels** | | |
|---|---|---|
| | **Results** | **Standard Requirements** |
| **Average Influent (ppm)** | 276.3 | 270-330 ppb |
| **Average Effluent (ppm)** | 37.7 | |
| **Average Percent Reduction** | 87.9 | |

IAMPO discontinued the test at 200 gallons because it failed to perform according to specifications more than once and so the test was discontinued. From the abysmal performance of the Products under NSF/ANSI 53 testing of removal or reduction of a VOC, such as Chloroform, it appears that the Products fail to purify water, or otherwise remove or dramatically reduce VOCs to below detectible lab levels (or at least more than the fine-print minimum 80% lowest purported percentage reduction of any Filtered Contaminant), for more than 50 gallons. Defendant's Purification, Contaminant-Reduction, and Longevity Representations are false.

c. **NSF/ANSI 53 for Heavy Metals Reduction (Chromium-6 High pH).** In fine print on the Purification Elements' box, Defendant represents that the Purification Elements reduce Heavy Metals, including Chromium 6, by at least 80% (and for

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Chromium 6, at least 99.85%). IAMPO tested the Purification Elements, under NSF/ANSI Standard 53, for reduction of Hexavalent Chromium, at a High pH of 8.5. Influent water was prepared and checked daily according to specifications in NSF/ANSI 53, section 7.4.2.1 and 7.4.2.4. The influent water was run through the Berkey Crown system, with two Purification Elements installed according manufacturer instructions. Samples of influent and effluent water were taken at 1 gallon, 50 gallons, 100 gallons, and 200 gallons to measure Chromium and the percentage reduction from the influent and effluent chloramine. Although Defendant claimed that Chromium would be reduced by 99.85% (and all heavy metals by at least 80%) for 3,000 gallons of water, the Products failed to perform accordingly within the first gallon and first 50 gallons of water sampled. The average percent reduction within less than the first 7% of the Product's purported lifespan fell far below 80% (the purported lowest percentage reduction of any of the Filtered Contaminants described in fine print). Tables that display the findings from IAMPO's test are below and set forth in greater detail in **Exhibit "3"** (Lab Results):

| **Table One: IAMPO Lab Report Findings—Influent & Effluent Chromium-6 (High pH) Levels** | | | |
|---|---|---|---|
| **Sample Points (Gallons)** | **Influent Chromium (ppb)** | **Effluent 1 Chromium (ppb)** | **Percent Reduction** |
| 1 | 284 | **147** | **48.2** |
| 50 | 273 | **270** | **1.10** |

/ / /

/ / /

/ / /

/ / /

/ / /

| **Table Two: IAMPO Lab Report Findings—Average Influent, Effluent, and Percent Reduction of Chromium-6 (High pH) Levels** | | |
|---|---|---|
| | **Results** | **Standard Requirements** |
| **Average Influent (ppm)** | 278.5 | 270-330 |
| **Average Effluent (ppm)** | 208.5 | <100 |
| **Average Percent Reduction** | 24.7 | |

IAMPO discontinued the test after the first two samples at 1 gallon and 50 gallons because the Products failed to perform according to specifications more than once. From the abysmal performance of the Products under NSF/ANSI 53 testing of removal or reduction of a Heavy Metal, such as Chromium (high pH), it appears that the Products fail to purify water, or otherwise remove or dramatically reduce Heavy Metals to, in the very least, the fine-print lowest purported percentage reduction rate of 80% for any Filtered Contaminant. The Products fail to comply with the Purification and Contaminant Reduction Representations for any amount of water—having failed at 1 gallon and 50 gallons. Defendant's Purification, Contaminant-Reduction, and Longevity Representations are false.

d. **NSF/ANSI 53 for Heavy Metals Reduction (Chromium-6 Low pH).** In fine print on the Purification Elements' box, Defendant represents that the Purification Elements reduce Heavy Metals, including Chromium 6, by at least 80% (and for Chromium 6, at least 99.85%). IAMPO tested the Purification Elements, under NSF/ANSI Standard 53, for reduction of Hexavalent Chromium, at a Low pH of 6.5. Influent water was prepared and checked daily according to specifications in NSF/ANSI 53, section 7.4.2.1 and 7.4.2.4. The influent water was run through the Berkey Crown system, with two Purification Elements installed according

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

manufacturer instructions. Samples of influent and effluent water were taken at 1 gallon, 50 gallons, 100 gallons, and 200 gallons to measure Chromium and the percentage reduction from the influent and effluent chloramine. Although Defendant claimed that Chromium would be reduced by 99.85% (and all heavy metals by at least 80%) for 3,000 gallons of water, the Products failed to perform accordingly within the first gallon and first 100 gallons of water sampled. The average percent reduction within less than the first 7% of the Product's purported lifespan fell far below 80% (the purported lowest percentage reduction of any of the Filtered Contaminants described in fine print). Tables that display the findings from IAMPO's test are below and set forth in greater detail in **Exhibit "3"** (Lab Results):

**Table One: IAMPO Lab Report Findings—Influent & Effluent Chromium-6 (Low pH) Levels**

| Sample Points (Gallons) | Influent Chromium (ppb) | Effluent 1 Chromium (ppb) | Percent Reduction |
|---|---|---|---|
| 1 | 270 | **132** | **51.1** |
| 50 | 275 | 68.4 | 75.1 |
| 100 | 271 | **159** | **41.3** |

**Table Two: IAMPO Lab Report Findings—Average Influent, Effluent, and Percent Reduction of Chromium-6 (Low pH) Levels**

| | Results | Standard Requirements |
|---|---|---|
| **Average Influent (ppm)** | 272 | 270-330 |
| **Average Effluent (ppm)** | 119.8 | <100 |
| **Average Percent Reduction** | 55.9 | |

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

IAMPO discontinued the test after the first 100 gallons because the Products failed to perform according to specifications more than once. From the abysmal performance of the Products under NSF/ANSI 53 testing of removal or reduction of a Heavy Metal, such as Chromium (low pH), it appears that the Products fail to purify water, or otherwise remove or dramatically reduce Heavy Metals to, in the very least, the fine-print lowest purported percentage reduction rate of 80% for any Filtered Contaminant. The Products fail to comply with the Purification and Contaminant Reduction Representations for even the first 100 gallons of the purported 3,000 gallons that Defendant promised to purify or filter—having failed at the first gallon and first 100 gallons. Defendant's Purification, Contaminant-Reduction, and Longevity Representations are false.

B) Activated Carbon Filter Design

28. **Activated Carbon Filter Design.** Activated carbon filters, such as the Purification Elements, are, in simple terms, carbon dust particles that are compressed and molded into a block. Heat is applied to the block to create cracks, crevices, and pores. These openings allow water to flow through the carbon block and increase the block's surface area, which increases the likelihood that a contaminant will attach to the block. The attachment is created as carbon in the block bonds with the carbon in contaminants as the water passes through the block. The strength of the bond depends on the chemical composition of the contaminant. The denser the block (the more and/or smaller the carbon particles) the slower the water will pass through the block. The denser the block, however, the greater the reduction of contaminants as the water spends more time in the block, increasing the likelihood that contaminants will come into contact with and attach to the carbon. The denser the block, the longer its lifespan as it has more carbon molecules to which contaminants may attach. Extremely dense blocks typically require a pump or pressurized water to increase the flow rate. In order for the Purification Elements and Systems to purify water, or otherwise remove or dramatically reduce contaminants by at least 80%, for 3,000 gallons consistent with the Challenged Representations, the blocks would be so incredibly dense that water could not pass through them by virtue of mere gravity. The Products' design simply cannot live up to the

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Challenged Representations.

C) Viruses/Bacteria Water Treatment Design

29. **Viruses/Bacteria Water Treatment Design.** Activated carbon filters, and other mechanical means of removing contaminants, are simply not designed to remove bacteria or viruses for more than 24 to 48 hours. Only chemical or ultraviolet light treatments are accepted within the industry to eliminate these organisms in water purification or filtration systems. In highly specialized industrial applications (like the manufacture of pharmaceuticals), extraordinarily dense activated carbon filters are used to remove these microbes. However, the filters experience an overgrowth of the microbes it filters out within 24 to 48 hours, requiring constant replacement. The Purification Elements purportedly last 3,000 gallons—far more than 1 day's use. Even if a family consumed 30 gallons of water per day, the filter would be expected to last 100 days. As the filter neither uses chemical or ultraviolet light treatment, nor requires replacement to prevent the overgrowth of microorganisms every 24 hours, the Products' design simply cannot live up to the Challenged Representations regarding viruses and bacteria.

30. **The Challenged Representations are False.** Accordingly, contrary to Defendant's Challenged Representations, the Products do not, for 3,000 gallons per Purification Element, either: (1) provide pure water (H20) free of any contaminants; or (2) "remove or dramatically reduce" or "remove or greatly reduce" contaminants from water, including the Filtered Contaminants at rates of at least 80% or more.

**E. Defendant Misled Plaintiff and Reasonable Consumers, who relied on the Material and False Challenged Representations to Their Detriment**

31. **Material.** The False Advertising Claims of the Products' Challenged Representations were and are material to reasonable consumers, including Plaintiff, in deciding to purchase the Products.

32. **Reliance.** Plaintiff and reasonable consumers relied and rely on the Challenged Representations in making the decision to purchase the Products.

33. **Consumers Lack Knowledge of Falsity.** At the time Plaintiff and reasonable consumers purchased the Products, they did not know, and had no reason to know, that the

Challenged Representations were, in fact, false, misleading, deceptive, and unlawful as set forth herein.

34. **Misrepresentation/Omission.** The Challenged Representations materially misrepresent the Products as water purifiers that, for 3,000 gallons per Purification Element, provide pure water ($H_20$) or water free of contaminants; or otherwise provide water with contaminants removed or dramatically/greatly reduced. In reality, the Products do not provide any of these purported benefits.

35. **Defendant's Knowledge.** Defendant knew, or should have known, that the Challenged Representations were false, misleading, deceptive, and unlawful, at the time that the Products were advertised, warranted, and/or sold and, instead, intentionally and deliberately used the Challenged Representations to sell Products regardless.

36. **Detriment.** Plaintiff and reasonable consumers would not have purchased the Products, or would have purchased the Products on different terms, if they had known the truth—that the Challenged Representations are false. Accordingly, based on Defendants' material misrepresentations and omissions, reasonable consumers, including Plaintiff, purchased the Products to their detriment.

**F. The Products Are Substantially Similar**

37. As described *supra*, Plaintiff purchased the Travel Berkey and Purification Elements (the "**Purchased Products**"). The additional products, Big Berkey, Light Berkey, Royal Berkey, Imperial Berkey, or Crown Berkey (the "**Unpurchased Products**"), are substantially similar to the Purchased Products.

a. **Defendants.** All Products are manufactured, marketed, and advertised by the Defendant.

b. **Brand.** All Products are sold under the Berkey brand name.

c. **Marketing Demographics.** All Products are marketed towards end-users who are consumers.

d. **Purpose.** All Products are intended for the primary purpose of filtering and purifying water without need for a pressurized pipe hook-up (e.g., a faucet) or electricity to operate.

e. **Challenged Representations.** All Products are advertised using the same challenged

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

contaminant-removal and longevity claims.

f. **Black Berkey Purification Elements**. All of the Systems require the same Purification Elements to filter or purify water.

g. **System Does Not Impact Efficacy**. The varying volume of water that the System can hold, number of Purification Elements installed, and the material of which the canister is composed does not impact the advertised efficacy of the Purification Elements. Whether the System's canister is made of plastic or stainless steel, can incorporate one to four Purification Elements, or it can hold 1.5 or up to 6 gallons, does not alter or affect the Purification Elements' efficacy—their ability to "purify" water (provide pure H20), their reduction rate of contaminants (be it eliminating entirely or dramatically/greatly reducing contaminants from water), and/or their longevity (3,000 gallons per Purification Element). Adding volume of water, Purification Elements, and steel or plastic to the canisters does not increase efficacy as it pertains to the Challenged Representations.

h. **Accessories/Parts**. The Accessories are worthless to the extent the Systems and Purifications are worthless as they serve no purpose unless the Challenged Representations are true.

i. **Misleading Effect.** The misleading effect of the Products' false Challenged Representations is the same for all Products—consumers are defrauded, misled, and deceived into purchasing the Products that they would not have otherwise purchased at the purchase price.

## VI.

## CLASS ACTION ALLEGATIONS

38. **Class Definition:** Plaintiff brings this action as a class action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) on behalf of Plaintiff(s) and all others similarly situated, and as members of the Class(es) defined as follows:

> All residents of the United States who, within the applicable statute of limitations periods, purchased the Products ("**Nationwide Class**"); and

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

All residents of California who, within four years prior to the filing of this Complaint, purchased the Products ("**California Subclass**").

("Nationwide Class" and "California Subclass," are collectively referred to as the "**Class**").

39. **Class Definition Exclusions:** Excluded from the Class are: (i) Defendant, its assigns, successors, and legal representatives; (ii) any entities in which Defendant has controlling interests; (iii) federal, state, and/or local governments, including, but not limited to, their departments, agencies, divisions, bureaus, boards, sections, groups, counsels, and/or subdivisions; (iv) all persons presently in bankruptcy proceedings or who obtained a bankruptcy discharge in the last three years; and (v) any judicial officer presiding over this matter and person within the third degree of consanguinity to such judicial officer.

40. **Reservation of Right to Amend Class Definition:** Plaintiff(s) reserve(s) the right to amend or otherwise alter the class definitions presented to the Court at the appropriate time in response to facts learned through discovery, legal arguments advanced by Defendant, or otherwise.

41. **Rule 23 Requirements:** This action is properly maintainable as a class action pursuant to Federal Rule of Civil Procedure 23 for the reasons set forth below.

42. **Numerosity:** Members of the Class are so numerous that joinder of all members is impracticable. Upon information and belief, the Class consists of thousands of purchasers (if not more) dispersed throughout the United States. Accordingly, it would be impracticable to join all members of the Class before the Court.

43. **Common Question Predominate:** There are numerous and substantial questions of law or fact common to all members of the Class that predominate over any individual issues. Included within the common questions of law or fact are:

a. Whether Defendant engaged in unlawful, unfair or deceptive business practices by advertising and marketing the Products;

b. Whether Defendant's conduct constitutes an unfair method of competition, or unfair or deceptive act or practice, in violation of Civil Code section 1750, *et seq*.;

c. Whether Defendant used deceptive representations in connection with the sale of the Products in violation of Civil Code section 1750, *et seq*.;

d. Whether Defendant represented that the Products have characteristics or quantities that they do not have in violation of Civil Code section 1750, *et seq*.;

e. Whether Defendant advertised the Products with intent not to sell them as advertised in violation of Civil Code section 1750, *et seq*.;

f. Whether Defendant's advertising of the Products is untrue or misleading in violation of Business and Professions Code section 17500, *et seq*.;

g. Whether Defendant knew or by the exercise of reasonable care should have known its advertising was and is untrue or misleading in violation of Business and Professions Code section 17500, *et seq*.;

h. Whether Defendant's conduct is an unfair business practice within the meaning of Business and Professions Code section 17200, *et seq*.;

i. Whether Defendant's conduct is a fraudulent business practice within the meaning of Business and Professions Code section 17200, *et seq*.;

j. Whether Defendant's conduct is an unlawful business practice within the meaning of Business and Professions Code section 17200, *et seq*.;

k. Whether Defendant's conduct constitutes breach of an express or implied warranty;

l. Whether Plaintiff and the Class are entitled to injunctive relief;

m. Whether Defendant was unjustly enriched by Defendant's unlawful conduct.

44. **Typicality**: Plaintiff's claims are typical of the claims of the Class Members Plaintiff seeks to represent because Plaintiff, like the Class Members, purchased Defendant's misleadingly and deceptively advertised Products. Defendant's unlawful, unfair and/or fraudulent actions concern the same business practices described herein irrespective of where they occurred or were experienced. Plaintiff and the Class sustained similar injuries arising out of Defendant's conduct. Plaintiff's and Class Members' claims arise from the same practices and course of conduct and are based on the same legal theories.

45. **Adequacy**: Plaintiff is an adequate representative of the Class because Plaintiff's interests do not conflict with the interests of the Class Members Plaintiff seeks to represent. Plaintiff will fairly and adequately protect Class Members' interests and has retained counsel experienced and competent in the prosecution of complex class actions, including complex questions that arise in consumer protection litigation.

46. **Superiority and Substantial Benefit:** A class action is superior to other methods for the fair and efficient adjudication of this controversy, since individual joinder of all members of the

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Class is impracticable and no other group method of adjudication of all claims asserted herein is more efficient and manageable for at least the following reasons:

a. The claims presented in this case predominate over any questions of law or fact, if any exist at all, affecting any individual member of the Class;

b. Absent a Class, the members of the Class will continue to suffer damage and Defendant's unlawful conduct will continue without remedy while Defendant profits from and enjoys its ill-gotten gains;

c. Given the size of individual Class Members' claims, few, if any, Class Members could afford to or would seek legal redress individually for the wrongs Defendant committed against them, and absent Class Members have no substantial interest in individually controlling the prosecution of individual actions;

d. When the liability of Defendant has been adjudicated, claims of all members of the Class can be administered efficiently and/or determined uniformly by the Court; and

e. This action presents no difficulty that would impede its management by the Court as a class action, which is the best available means by which Plaintiff and Class Members can seek redress for the harm caused to them by Defendant.

47. **Inconsistent Rulings**: Because Plaintiff seeks relief for all members of the Class, the prosecution of separate actions by individual members would create a risk of inconsistent or varying adjudications with respect to individual members of the Class, which would establish incompatible standards of conduct for Defendant.

48. **Injunction/Equitable Relief**: The prerequisites to maintaining a class action for injunctive or equitable relief pursuant to Federal Rule of Civil Procedure 23(b)(2) are met as Defendant(s) has(ve) acted, or refused/failed to act, on grounds generally applicable to the Class, thereby making appropriate final injunctive or equitable relief with respect to the Class as a whole.

49. **Manageability**: Plaintiff and Plaintiff's counsel are unaware of any difficulties that are likely to be encountered in the management of this action that would preclude its maintenance as a class action.

/ / /

/ / /

/ / /

/ / /

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

## VII.

## FIRST CAUSE OF ACTION

**Breach of Express Warranty**

***(On Behalf of the Nationwide Class and California Subclass)***

50. **Incorporation by Reference.** Plaintiff re-alleges and incorporates by reference the allegations contained in the preceding paragraphs of this complaint, as though fully set forth herein.

51. **Nationwide Class.** Plaintiff brings this claim individually and on behalf of the Nationwide Class and the California Subclass (the Class) who purchased the Products within the applicable statute of limitations.

52. **Express Warranty.** Defendant made promises and affirmations of fact through its marketing and advertising at point of purchase—specifically, the Challenged Representations. These representations constitute express warranties and became part of the basis of the bargain between Plaintiff and members of the Class, on one hand, and Defendant, on the other hand.

53. **Breach of Warranty.** The Challenged Representations, however, are false because the Products do not conform to said representations and, therefore, Defendant has breached these express warranties.

54. **Causation/Damages.** As a direct and proximate result of Defendant's breach of express warranty, Plaintiff and members of the Class were harmed in the amount of the purchase price they paid for the Products. Further, Plaintiff and members of the Class have suffered and continue to suffer economic losses and other damages including, but not limited to, the amounts paid for the Products, and any interest that would have accrued on those monies, in an amount to be proven at trial. Accordingly, Plaintiff seeks a monetary award for breach of express warranty of damages, restitution, and/or disgorgement of ill-gotten gains to compensate Plaintiff and the Class for said monies, as well as injunctive relief to enjoin Defendant's misconduct to prevent ongoing and future harm that will result.

61. **Punitive Damages.** Plaintiff seeks punitive damages pursuant to this cause of action for breach of express warranty on behalf of Plaintiff and the applicable class. Defendants' unfair, fraudulent, and unlawful conduct described herein constitutes malicious, oppressive, and/or

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

fraudulent conduct warranting an award of punitive damages as permitted by law. Defendants' misconduct is malicious as Defendants acted with the intent to cause Plaintiff and a nation of consumers to pay for Products that they were not, in fact, receiving. Defendants willfully and knowingly disregarded the rights of Plaintiff and a nation of consumers as Defendants were, at all times, aware of the probable dangerous consequences of their conduct and deliberately failed to avoid misleading consumers, including Plaintiff. Defendants' misconduct is oppressive as, at all relevant times, said conduct was so vile, base, and/or contemptible that reasonable people would look down upon it and/or otherwise would despise such corporate misconduct. Said misconduct subjected Plaintiff and a nation of consumers to cruel and unjust hardship in knowing disregard of their rights. Defendants' misconduct is fraudulent as Defendants, at all relevant times, intentionally misrepresented and/or concealed material facts with the intent to deceive Plaintiffs and a nation of consumers. The wrongful conduct constituting malice, oppression, and/or fraud was committed, authorized, adopted, approved, and/or ratified by officers, directors, and/or managing agents of Defendants.

## VIII.

## SECOND CAUSE OF ACTION

### Breach of Implied Warranty of Merchantability

***(On Behalf of the Nationwide Class and California Subclass)***

55. **Incorporation by Reference.** Plaintiff re-alleges and incorporates by reference the allegations contained in the preceding paragraphs of this complaint, as though fully set forth herein.

56. **Nationwide Class.** Plaintiff brings this claim individually and on behalf of the Nationwide Class and the California Subclass (the Class) who purchased the Products within the applicable statute of limitations.

57. **Implied Warranty.** Under the implied warranty of merchantability, Defendant warranted that the Products are of the same quality as those generally acceptable in the trade; are fit for their ordinary purposes for which they are to be used; and conform to the promises or affirmations of fact made on their labels, packages, and marketing materials—specifically, Defendant warranted that the Products conformed to the Challenged Representations.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

58. **Breach of Implied Warranty.** The Challenged Representations, however, are false because the Products do not conform to said representations and, therefore, Defendant has breached these implied warranties.

59. **Notice.** Plaintiff took reasonable steps to notify Defendant within a reasonable time that the Products do not have the expected quality and otherwise fail to comply with the Challenged Representations.

60. **Causation/Damages.** As a direct and proximate result of Defendant's breach of implied warranty, Plaintiff and members of the Class were harmed in the amount of the purchase price they paid for the Products. Further, Plaintiff and members of the Class have suffered and continue to suffer economic losses and other damages including, but not limited to, the amounts paid for the Products, and any interest that would have accrued on those monies, in an amount to be proven at trial. Accordingly, Plaintiff seeks a monetary award for breach of implied warranty of damages, restitution, and/or disgorgement of ill-gotten gains to compensate Plaintiff and the Class for said monies, as well as injunctive relief to enjoin Defendant's misconduct to prevent ongoing and future harm that will result.

61. **Punitive Damages.** Plaintiff seeks punitive damages pursuant to this cause of action for breach of implied warranty on behalf of Plaintiff and the applicable class. Defendants' unfair, fraudulent, and unlawful conduct described herein constitutes malicious, oppressive, and/or fraudulent conduct warranting an award of punitive damages as permitted by law. Defendants' misconduct is malicious as Defendants acted with the intent to cause Plaintiff and a nation of consumers to pay for Products that they were not, in fact, receiving. Defendants willfully and knowingly disregarded the rights of Plaintiff and a nation of consumers as Defendants were, at all times, aware of the probable dangerous consequences of their conduct and deliberately failed to avoid misleading consumers, including Plaintiff. Defendants' misconduct is oppressive as, at all relevant times, said conduct was so vile, base, and/or contemptible that reasonable people would look down upon it and/or otherwise would despise such corporate misconduct. Said misconduct subjected Plaintiff and a nation of consumers to cruel and unjust hardship in knowing disregard of their rights. Defendants' misconduct is fraudulent as Defendants, at all relevant times, intentionally

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

misrepresented and/or concealed material facts with the intent to deceive Plaintiffs and a nation of consumers. The wrongful conduct constituting malice, oppression, and/or fraud was committed, authorized, adopted, approved, and/or ratified by officers, directors, and/or managing agents of Defendants.

**IX.**

**THIRD CAUSE OF ACTION**

**Unjust Enrichment/Restitution**

***(On Behalf of the Nationwide Class and California Subclass)***

62. **Incorporation by Reference.** Plaintiff re-alleges and incorporates by reference the allegations contained in the preceding paragraphs of this complaint, as though fully set forth herein.

63. **Nationwide Class.** Plaintiff brings this claim individually and on behalf of the Nationwide Class and the California Subclass (the Class) who purchased the Products within the applicable statute of limitations.

64. **Plaintiff/Class Conferred a Benefit.** By purchasing the Products, Plaintiff and members of the Class conferred a benefit on Defendant in the form of the purchase price of the Products.

65. **Defendant's Knowledge of Conferred Benefit.** Defendant had knowledge of such benefit and Defendant appreciated the benefit because, were consumers not to purchase the Products, Defendant would not generate revenue from the sales of the Products.

66. **Defendant's Unjust Receipt Through Deception.** Defendant's knowing acceptance and retention of the benefit is inequitable and unjust because the benefit was obtained by Defendant's fraudulent, misleading, and deceptive representations and omissions—specifically, the false Challenged Representations.

67. **Causation/Damages.** As a direct and proximate result of Defendant's unjust enrichment, Plaintiff and members of the Class were harmed in the amount of the purchase price they paid for the Products. Further, Plaintiff and members of the Class have suffered and continue to suffer economic losses and other damages including, but not limited to, the amounts paid for the Products, and any interest that would have accrued on those monies, in an amount to be proven at

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

trial. Accordingly, Plaintiff seeks a monetary award for unjust enrichment in damages, restitution, and/or disgorgement of ill-gotten gains to compensate Plaintiff and the Class for said monies, as well as injunctive relief to enjoin Defendant's misconduct to prevent ongoing and future harm that will result.

68. **Punitive Damages.** Plaintiff seeks punitive damages pursuant to this cause of action for unjust enrichment on behalf of Plaintiff and the applicable class. Defendants' unfair, fraudulent, and unlawful conduct described herein constitutes malicious, oppressive, and/or fraudulent conduct warranting an award of punitive damages as permitted by law. Defendants' misconduct is malicious as Defendants acted with the intent to cause Plaintiff and a nation of consumers to pay for Products that they were not, in fact, receiving. Defendants willfully and knowingly disregarded the rights of Plaintiff and a nation of consumers as Defendants were, at all times, aware of the probable dangerous consequences of their conduct and deliberately failed to avoid misleading consumers, including Plaintiff. Defendants' misconduct is oppressive as, at all relevant times, said conduct was so vile, base, and/or contemptible that reasonable people would look down upon it and/or otherwise would despise such corporate misconduct. Said misconduct subjected Plaintiff and a nation of consumers to cruel and unjust hardship in knowing disregard of their rights. Defendants' misconduct is fraudulent as Defendants, at all relevant times, intentionally misrepresented and/or concealed material facts with the intent to deceive Plaintiffs and a nation of consumers. The wrongful conduct constituting malice, oppression, and/or fraud was committed, authorized, adopted, approved, and/or ratified by officers, directors, and/or managing agents of Defendants.

**X.**

**FOURTH CAUSE OF ACTION**

**Violation of California Unfair Competition Law ("UCL")**

**(Cal. Bus. & Prof. Code §§ 17200, et seq.)**

**(*On Behalf of the California Subclass)***

69. **Incorporation by Reference.** Plaintiff re-alleges and incorporates by reference all allegations contained in the complaint, as though fully set forth herein.

70. **California Subclass.** This cause of action is brought pursuant to Business and

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Professions Code sections 17200, *et seq.*, on behalf of Plaintiff and the California Subclass who purchased the Products within the applicable statute of limitations.

71. **False Challenged Representations.** Defendant, in its advertising and marketing of the Products, made false, misleading, fraudulent, and deceptive statements and omissions regarding the quality and characteristics of the Products—specifically, the Challenged Representations—to sell the Products to consumers.

72. **Defendant's Deliberately False and Fraudulent Marketing Scheme.** Defendant does not have any reasonable basis to make the Challenged Representations. It is industry standard to take reasonable steps to substantiate one's marketing claims before using them sell products. The Products fail to NSF/ANSI standardized testing at an abysmal rate. The Products' design cannot possibly perform the Challenged Representations. Accordingly, Defendant knew or should have known that the Products do not conform to the Challenged Representations.

73. **False Challenged Representations Cause Purchase of Products.** Defendant's advertising of the Products led to, and continues to lead to, reasonable consumers, including Plaintiff and the Class, to purchase the Products based on the belief that the Products conform to the Challenged Representations, when they do not, in fact, conform. Plaintiff and the California subclass would not have purchased the Products but for their reliance on the Challenged Representations.

74. **Injury in Fact.** Plaintiff and the California Subclass have suffered injury in fact and have lost money or property as a result of and in reliance upon the Challenged Representations—namely, Plaintiff and the California Subclass lost the purchase price for the Products they bought from Defendant.

75. **Conduct Violates the UCL.** Defendant's conduct, as alleged herein, constitutes unfair, unlawful, and fraudulent business practices pursuant to California Business & Professions Code sections 17200, *et seq*. **(the "UCL").** The UCL provides, in pertinent part: "Unfair competition shall mean and include unlawful, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertising[.]" Cal. Bus & Prof. Code § 17200. Defendant's use of various forms of advertising media, call attention to, or give publicity to the sale of goods or merchandise that are not as represented in any manner constitutes unfair competition, unfair,

deceptive, untrue or misleading advertising, and an unlawful business practice within the meaning of the UCL.  Defendant's conduct is unfair, fraudulent, and unlawful as set forth in subsections below.

76. **No Reasonably Available Alternatives/Legitimate Business Interests.**  Defendant failed to avail itself of reasonably available and lawful alternatives to using the Challenged Representations to further any legitimate business interest in selling the Products.

77. **Business Practice.**  All of the conduct alleged herein occurs and continues to occur in Defendant's business. Defendant's wrongful conduct is part of a pattern, practice and/or generalized course of conduct, which will continue on a daily basis until Defendant voluntarily alters its conduct or it is otherwise ordered to do so.

78. **Injunction.**  Pursuant to California Business and Professions Code sections 17203 and 17535, Plaintiff and the members of the California Subclass seek an order of this Court enjoining Defendants from continuing to engage, use, or employ the Challenged Representations in the advertising, labeling/packaging, and marketing of the Products for sale. Likewise, Plaintiff and the members of the California Subclass seek an order requiring Defendants to disclose the truth behind the Challenged Representations through an affirmative marketing campaign, disclose the truth whenever asked, and to take all other corrective action necessary to dispel the public misperception of the Products that Defendant intentionally fostered, facilitated, propagated, and advanced through the Challenged Representations

79. **Causation/Damages.**  As a direct and proximate result of Defendant's misconduct in violation of the UCL, Plaintiff and members of the California Subclass were harmed in the amount of the purchase price they paid for the Products. Further, Plaintiff and members of the Class have suffered and continue to suffer economic losses and other damages including, but not limited to, the amounts paid for the Products, and any interest that would have accrued on those monies, in an amount to be proven at trial. Accordingly, Plaintiff seeks a monetary award for violation of the UCL in damages, restitution, and/or disgorgement of ill-gotten gains to compensate Plaintiff and the California Subclass for said monies, as well as injunctive relief to enjoin Defendant's misconduct to prevent ongoing and future harm that will result.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

80. **Punitive Damages.** Plaintiff seeks punitive damages pursuant to this cause of action for violation of the UCL on behalf of Plaintiff and the applicable class. Defendants' unfair, fraudulent, and unlawful conduct described herein constitutes malicious, oppressive, and/or fraudulent conduct warranting an award of punitive damages as permitted by law. Defendants' misconduct is malicious as Defendants acted with the intent to cause Plaintiff and a nation of consumers to pay for Products that they were not, in fact, receiving. Defendants willfully and knowingly disregarded the rights of Plaintiff and a nation of consumers as Defendants were, at all times, aware of the probable dangerous consequences of their conduct and deliberately failed to avoid misleading consumers, including Plaintiff. Defendants' misconduct is oppressive as, at all relevant times, said conduct was so vile, base, and/or contemptible that reasonable people would look down upon it and/or otherwise would despise such corporate misconduct. Said misconduct subjected Plaintiff and a nation of consumers to cruel and unjust hardship in knowing disregard of their rights. Defendants' misconduct is fraudulent as Defendants, at all relevant times, intentionally misrepresented and/or concealed material facts with the intent to deceive Plaintiffs and a nation of consumers. The wrongful conduct constituting malice, oppression, and/or fraud was committed, authorized, adopted, approved, and/or ratified by officers, directors, and/or managing agents of Defendants.

**A. "Unfair" Prong**

81. **Unfair Standard.** Under the UCL, a challenged activity is "unfair" when "any injury it causes outweighs any benefits provided to consumers and the injury is one that the consumers themselves could not reasonably avoid." *Camacho v. Auto Club of Southern California*, 142 Cal.App.4th 1394, 1403 (2006). Some Courts "weigh the utility of the defendant's conduct against the gravity of the harm to the alleged victim." *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1169 (9th Cir. 2012). Some Courts require that "unfairness must be tethered to some legislative declared policy or proof of some actual or threatened impact on competition." *Lozano v. AT&T Wireless Servs. Inc.*, 504 F. 3d 718, 735 (9th Cir. 2007).

82. **Legislative Policy—Safe & Clean Water.** Safe and clean water is a fundamental right. In 2010, the General Assembly of the United Nations recognized the fundamental human

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

right to clean and safe water.[37] The "lack of access to safe, sufficient and affordable water . . . has a devastating effect on the health, dignity and prosperity of billions of people, and has significant consequences for the realization of other human rights."[38] Numerous municipalities across the nation have likewise recognized the fundamental right to safe and clean water, including, for example, the California legislature. *See* Cal. Water Code § 106.3(a) (2012). As early as 1974, Congress enacted the Safe Drinking Water Act (codified at 42 U.S.C. §§ 300f) to protect public health by regulating the nation's public drinking water supply by authorizing the Environmental Protection Agency to set national health standards for public drinking water to protect against naturally-occurring and man-made contaminants found in drinking water.

83. **Legislative Policy—Truthful Advertising.** California and Congress, by and through the Federal Trade Commission ("FTC"), have recognized consumers' rights to truth in advertising by prohibiting manufacturers, marketers, and sellers from making material misrepresentations that are likely to mislead to the reasonable or ordinary consumer. *See, e.g.*, Cal. Bus. & Prof. Code §§ 17500, *et seq.* (FAL); 15 U.S.C. § 45 (Federal Trade Commission Act).

84. **Injury.** Defendant's advertising and marketing of the Products with the Challenged Representations, when the Products do not conform to such representations, fails to confer any benefit to consumers. Consumers do not receive Products commensurate with their reasonable expectations. Instead, they overpay for the Products and receive Products of lesser standards than what they reasonably expected to receive. Consumers cannot avoid being deceived by Defendant's Challenged Representations because they have no way to determine whether the Products comport without purchase them first. Consumers, deceived into purchasing Defendant's Products, forego other alternative products that live up to the Challenged Representations, placing their health and their families' health at risk.

85. **No Utility.** Defendant has no legitimate interest in lying to consumers. Lying to

---

[37] United Nations, *Resolution Adopted by the General Assembly on 28 July 2010*, https://www.un.org/en/ga/search/view_doc.asp?symbol=A/RES/64/292 (last visited January 11, 2021).

[38] United Nations, *Human Rights to Water and Sanitation*, https://www.unwater.org/water-facts/human-rights/ (last visited January 11, 2021).

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

consumers to sell Products that serve no purpose or fail to comport with one's representations has no utility. Reasonable alternatives to lying are truthful advertising.

86. **Unfair Business Practice.** Accordingly, Defendant's use of the Challenged Representations to sell the Products constitutes an unfair business practice in violation of the UCL. The injuries caused by Defendant's deceptive Challenged Representations outweigh any benefits. Consumers could not reasonably avoid the injuries. There is no utility or legitimate business interest in lying to consumers. Legislatures in California and across the Nation recognize the consumers' right to safe and clean water.

**B. "Fraudulent" Prong**

87. **Fraud Standard.** California Business and Professions Code section 17200, *et seq.*, considers conduct fraudulent (and prohibits said conduct) if it is likely to deceive members of the public. *Bank of the West v. Superior Court*, 2 Cal.4th 1254, 1267 (1992).

88. **Fraudulent & Material Challenged Representations.** Defendant used the Challenged Representations with the intent to sell the Products to consumers, including Plaintiff and the California Subclass. The Challenged Representations are false and Defendant knew or should have known of their falsity. The Challenged Representations are likely to deceive consumers into purchasing the Products because they are material to the average, ordinary, and reasonable consumer.

89. **Reasonable and Detrimental Reliance.** Plaintiff and the California Subclass reasonably and detrimentally relied on the material and false Challenged Representations to their detriment in that they purchased the Products.

**C. "Unlawful" Prong**

90. **Unlawful Standard.** California Business and Professions Code sections 17200, *et seq.*, identifies violations of other laws as "unlawful practices that the unfair competition law makes independently actionable." *Velazquez v. GMAC Mortg. Corp.*, 605 F. Supp. 2d 1049, 1068 (C.D. Cal. 2008).

91. **Violations of CLRA and FAL.** Defendant's use of the Challenged Representations to sell the Products violates California Civil Code sections 1750, *et seq.* (the **CLRA**) and California

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

Business and Professions Code sections 17500, *et seq.* (the **FAL**) as set forth below in the sections regarding those causes of action.

92. **Fraud.** Additionally, Defendant's use of the Challenged Misrepresentations to sell the Products violates California Civil Code sections 1572 (actual fraud), 1573 (constructive fraud), 1709-1710 (fraudulent deceit), and 1711 (deceit upon the public), as set forth above.

93. **Cal. Health & Safety Code §§ 116825, *et seq.* re: Water Treatment Devices.** California Health and Safety Code sections 116825, *et seq.* govern the registration, certification, labeling/packaging claims, and sale of the Products in the State of California.

a. **Applicability.** California Health and Safety Code sections 116825, *et seq.* apply to Defendant's sale of the Products using the Challenged Representations. The Products are "water treatment devices" because they are POU systems sold for residential use and intended to improve the water supply through filtration. *See* Cal. Health & Safety Code § 116825(a). Defendant claims that the Products remove contaminants—which constitute any health-related physical, chemical, biological, or radiological substance or matter in water. *Id.* § 116825(d). Defendant makes "health or safety claims", under section 116825(e), as the Products purport to remove the Filtered Contaminants.

b. **Registration & Publication.** California Health and Safety Code section 116832 requires a manufacturer, such as Defendant, who sells water treatment devices, such as the Products, in California for which the manufacturer makes a "health or safety claim", such as the Challenged Representations, to register the devices with the regulatory agency in California that enforces sections 116825, *et seq.*, by providing the following information that the regulatory agency will publish online: (1) identification of the manufacturer by name, contact information, and website; (2) the devices name and product identification number; (3) the name of each contaminant claimed to be removed or reduced by the device; (4) the name of the organization that meets ANSI accreditation standards that has certified that the device removes or reduces the contaminant, including the name of the testing

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

protocol or standard used to test the device, date of the test, summary of the results, and the date by which the device must be retested; and (5) a product information worksheet that summarizes the foregoing information, provides a copy of the aforementioned certificate, provides the service flow rate and rated service life, describes general use conditions/needs (e.g., maximum turbidity, bacteriological quality of source water, max/minimum operating temperatures and pressures), and references to the owner's manual for general operation and maintenance and the manufacturer's warranty. Pursuant to section 116845, the California regulatory agency publishes online a list of each water treatment device with valid certification, each device with registration materials submitted in compliance with section 116832, and the aforementioned product information worksheet. Section 116835 prohibits the sale of water treatment devices, such as the Products, in the State of California, if the device is not included on the published list.

c. **Label/Packaging.** Under California Health and Safety Code section 116835, manufacturers who make a health or safety claim for a water treatment device, such as Defendant who makes the Challenged Representations for the Products, are required to "the exterior packaging . . . shall clearly identify the contaminant or contaminants that the device has been certified . . . to remove or reduce. If a device has been certified to remove or reduce more than five contaminants, at least five contaminants shall be listed on the exterior packaging followed by a statement directing consumers to visit the manufacturer's Internet Web site to obtain information regarding additional contaminants that the device is certified to remove or reduce."

d. **Violations of Section 116825, *et seq.*** Defendant has violated the registration and certification requirements applicable to the Products. Defendant has failed to register the Products with the California regulatory agency pursuant to section 116825—Defendant has not provided any of the disclosures or proof of certification through an ANSI accredited laboratory that performed NSF/ANSI

standardized testing. Defendant has continued to sell the Products in violation of section 116835, even though the Products are not published online by the California regulatory agency pursuant to section 116845. Defendant has failed to comply with the Label/Packaging requirements pursuant to section 116835 because the Challenged Representations are not clearly identified on the exterior packaging of the Products or on a referenced website.

e. **Statutory Penalties.** Pursuant to section 116840 of the California Health and Safety Code, Plaintiff and the California Subclass, are entitled to a civil penalty up to and including $5,000 for each violation. As the conduct constituting Defendant's violation is of a continuing nature, each day of the conduct is a separate and distinct violation. Accordingly, Plaintiff and the California Subclass seek civil penalties under this section in an amount to be proven at the time of trial.

94. **Purpose of Laws.** The foregoing laws are designed to ensure truth in advertising, ensure transparency and honesty and the sale of goods and services to consumers, and prevent manufacturers and marketers from unlawfully taking advantage of the public through misleading, deceptive, fraudulent, and false advertising and representations.

95. **Violations of Laws Cause Harm.** Defendant's violation of the foregoing laws have caused or contributed to the harm suffered by Plaintiff and the California Subclass in that Defendant has used the Challenged Representations to deceive them into purchasing the Products. Plaintiff and the California Subclass would not have purchased the Products had they known the truth that Defendant deliberately concealed and obfuscated. The Challenged Representations are material in that they are likely to cause a reasonable consumer, such as Plaintiff and the California Subclass, to purchase the Products. Accordingly, Plaintiff and the California Subclass has suffered harm—to wit, the purchase of the Products.

/ / /

/ / /

/ / /

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**XI.**

**FIFTH CAUSE OF ACTION**

**Violation of California False Advertising Law ("FAL")**

**(Cal. Bus. & Prof. Code §§ 17500, *et seq*.)**

***(On Behalf of the California Subclass)***

96. **Incorporation by Reference.** Plaintiff re-alleges and incorporates by reference all allegations contained in the complaint, as though fully set forth herein.

97. **California Subclass.** Plaintiff brings this claim individually and on behalf of the California Subclass who purchased the Products within the applicable statue of limitations.

98. **FAL Standard.** The False Advertising Law, codified at Cal. Bus. & Prof. Code section 17500, *et seq.*, prohibits "unfair, deceptive, untrue or misleading advertising[.]"

99. **False & Material Challenged Representations Disseminated to Public.** Defendant violated section 17500 when it advertised and marketed the Products through the unfair, deceptive, untrue, and misleading Challenged Representations disseminated to the public through Product labels/packaging and advertising on websites. These representations were false because the Products did not conform to them. The representations were material because they are likely to mislead a reasonable consumer into purchasing the Products.

100. **Constructive/Actual Notice Falsity.** Defendant knew or should have known that the Products do not conform to the Challenged Representations because Defendant did not have any reasonable basis to make the Challenged Representations. It is industry standard to take reasonable steps to substantiate one's marketing claims before using them to sell products. The Products fail to NSF/ANSI standardized testing at an abysmal rate. The Products' design cannot possibly achieve the Challenged Representations.

101. **Intent to Sell.** Defendant's Challenged Representations were specifically designed to induce reasonable consumers, like Plaintiff and the California Subclass, to purchase the Products.

102. **Causation/Damages.** As a direct and proximate result of Defendant's misconduct in violation of the FAL, Plaintiff and members of the California Subclass were harmed in the amount of the purchase price they paid for the Products. Further, Plaintiff and members of the Class have

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

suffered and continue to suffer economic losses and other damages including, but not limited to, the amounts paid for the Products, and any interest that would have accrued on those monies, in an amount to be proven at trial. Accordingly, Plaintiff seeks a monetary award for violation of the FAL in damages, restitution, and/or disgorgement of ill-gotten gains to compensate Plaintiff and the California Subclass for said monies, as well as injunctive relief to enjoin Defendant's misconduct to prevent ongoing and future harm that will result.

103. **Punitive Damages.** Plaintiff seeks punitive damages pursuant to this cause of action for violation of the FAL on behalf of Plaintiff and the applicable class. Defendants' unfair, fraudulent, and unlawful conduct described herein constitutes malicious, oppressive, and/or fraudulent conduct warranting an award of punitive damages as permitted by law. Defendants' misconduct is malicious as Defendants acted with the intent to cause Plaintiff and a nation of consumers to pay for Products that they were not, in fact, receiving. Defendants willfully and knowingly disregarded the rights of Plaintiff and a nation of consumers as Defendants were, at all times, aware of the probable dangerous consequences of their conduct and deliberately failed to avoid misleading consumers, including Plaintiff. Defendants' misconduct is oppressive as, at all relevant times, said conduct was so vile, base, and/or contemptible that reasonable people would look down upon it and/or otherwise would despise such corporate misconduct. Said misconduct subjected Plaintiff and a nation of consumers to cruel and unjust hardship in knowing disregard of their rights. Defendants' misconduct is fraudulent as Defendants, at all relevant times, intentionally misrepresented and/or concealed material facts with the intent to deceive Plaintiffs and a nation of consumers. The wrongful conduct constituting malice, oppression, and/or fraud was committed, authorized, adopted, approved, and/or ratified by officers, directors, and/or managing agents of Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**XII.**

**SIXTH CAUSE OF ACTION**

**Violation of Consumers Legal Remedies Act ("CLRA")**

**(Cal. Civ. Code §§ 1750, *et seq*.)**

***(On Behalf of the California Subclass)***

104. **Incorporation by Reference.** Plaintiff re-alleges and incorporates by reference all allegations contained in the complaint, as though fully set forth herein.

105. **California Subclass.** Plaintiff brings this claim individually and on behalf of the California Subclass who purchased the Products within the appliable statute of limitations.

106. **CLRA Standard.** Plaintiff brings this action pursuant to California's Consumers Legal Remedies Act ("**CLRA**"), codified at California Civil Code sections 1750, *et seq*. The CLRA provides that "unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale or lease of goods or services to any consumer are unlawful."

107. **Goods/Services.** The Products are "goods" as defined by the CLRA under California Civil Code section 1761(a).

108. **Defendant.** Defendant is a "person" as defined by the CLRA under California Civil Code section 1761(c).

109. **Consumers.** Plaintiff and members of the California Subclass are "consumers" who purchased the Products for personal, family, or household purposes as defined by the CLRA under California Civil Code section 1761(d).

110. **Transactions.** The purchase of the Products by Plaintiff and members of the California Subclass are "transactions" as defined by the CLRA under California Civil Code section 1761(e).

111. **Violations of the CLRA.** Defendant violated the following sections of the CLRA by selling the Products to Plaintiff and the California Subclass through the false, misleading, deceptive, and fraudulent Challenged Representations:

a. Section 1770(a)(5) by representing that the Products have "characteristics, . . .

uses [or] benefits . . . which [they] do not have".

b. Section 1770(a)(7) by representing that the Products "are of a particular standard, quality, or grade . . . [when] they are of another".

c. Section 1770(a)(9) by advertising the Products "with [the] intent not to sell them as advertised".

112. **Causation/Reliance/Materiality.** Plaintiff and the California Subclass suffered harm as a result of Defendant's violations of the CLRA because they relied on the Challenged Representations in deciding to purchase the Products. The Challenged Representations were a substantial factor. The Challenged Representations were material because a reasonable consumer would consider them important in deciding whether to purchase the Products.

113. **Injunction.** Pursuant to California Civil Code section 1780, Plaintiff and the members of the California Subclass seek an order of this Court enjoining Defendants from continuing to engage, use, or employ the Challenged Representations in the advertising, labeling/packaging, and marketing of the Products for sale. Likewise, Plaintiff and the members of the California Subclass seek an order requiring Defendants to disclose the truth behind the Challenged Representations through an affirmative marketing campaign, disclose the truth whenever asked, and to take all other corrective action necessary to dispel the public misperception of the Products that Defendant intentionally fostered, facilitated, propagated, and advanced through the Challenged Representations.

114. **CLRA Notice.** Concurrent with the filing of this Complaint, pursuant to California Civil Code section 1782, Plaintiff, on Plaintiff's behalf and on behalf of members of the Class, notified Defendant of its alleged violations of the Consumers Legal Remedies Act. At the appropriate time, Plaintiff will amend the operative complaint to seek damages pursuant to the CLRA, in addition to equitable and injunctive relief, and request that this Court enter such orders or judgments as may be necessary to restore to any person in interest any money that may have been acquired in violation of the CLRA, and for such other relief as is provided under California Civil Code section 1780.

115. **Causation/Damages.** As a direct and proximate result of Defendant's misconduct in

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

violation of the CLRA, Plaintiff and members of the California Subclass were harmed in the amount of the purchase price they paid for the Products. Further, Plaintiff and members of the Class have suffered and continue to suffer economic losses and other damages including, but not limited to, the amounts paid for the Products, and any interest that would have accrued on those monies, in an amount to be proven at trial.

116. **Punitive Damages.** Defendants' unfair, fraudulent, and unlawful conduct described herein constitutes malicious, oppressive, and/or fraudulent conduct warranting an award of punitive damages as permitted by law. Defendants' misconduct is malicious as Defendants acted with the intent to cause Plaintiff and a nation of consumers to pay for Products that they were not, in fact, receiving. Defendants willfully and knowingly disregarded the rights of Plaintiff and a nation of consumers as Defendants were, at all times, aware of the probable dangerous consequences of their conduct and deliberately failed to avoid misleading consumers, including Plaintiff. Defendants' misconduct is oppressive as, at all relevant times, said conduct was so vile, base, and/or contemptible that reasonable people would look down upon it and/or otherwise would despise such corporate misconduct. Said misconduct subjected Plaintiff and a nation of consumers to cruel and unjust hardship in knowing disregard of their rights. Defendants' misconduct is fraudulent as Defendants, at all relevant times, intentionally misrepresented and/or concealed material facts with the intent to deceive Plaintiffs and a nation of consumers. The wrongful conduct constituting malice, oppression, and/or fraud was committed, authorized, adopted, approved, and/or ratified by officers, directors, and/or managing agents of Defendants.

## XIII.

## PRAYER FOR RELIEF

117. WHEREFORE, Plaintiff(s), individually and on behalf of all others similarly situated, pray(s) for judgment against Defendant(s) as follows:

a. **Class Certification**: For an order certifying this action as a class action;

b. **Declaratory Relief**: For an order declaring that Defendant's conduct violates the statutes and laws referenced herein;

c. **Injunctive Relief**: For an order requiring Defendant to immediately cease and desist

from selling the unlawful Products in violation of law; enjoining Defendant from continuing to market, advertise, distribute, and sell the Products in the unlawful manner described herein; and ordering Defendant to engage in corrective action;

d. **Monetary Relief**: For an order awarding restitution, monetary damages, and/or disgorgement of wrongful profits permissible and consistent with law;

e. **Interest**: For an order awarding pre-and post-judgment interest;

f. **Attorneys' Fees & Costs**: For an order awarding attorneys' fees and costs;

g. **Civil Penalties**: For an order awarding civil penalties;

h. **Punitive Award**: For an order awarding punitive damages; and

i. **All Just & Proper Relief**: For such other and further relief as the Court deems just and proper.

Dated: January 14, 2021                    Respectfully submitted,

CLARKSON LAW FIRM
By:


 */s/ Katherine A. Bruce*
RYAN J. CLARKSON
SHIREEN M. CLARKSON
KATHERINE A. BRUCE

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**DEMAND FOR JURY TRIAL**

Plaintiff(s) hereby demand(s) a trial by jury on all causes of action, claims, defenses, and issues so triable.

Dated: January 14, 2021

Respectfully submitted,

CLARKSON LAW FIRM
By:

*/s/ Katherine A. Bruce*
RYAN J. CLARKSON
SHIREEN M. CLARKSON
KATHERINE A. BRUCE