# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FARRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>NEW MILLENNIUM CONCEPTS, LTD.,<br><br>Defendant. | No. 2:21-cv-00075-JAM-KJN<br><br>Hon. John A. Mendez<br>Courtroom 6<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING AMENDMENTS TO COMPLAINT AND DEADLINES TO FILE RESPONSIVE PLEADINGS AND JOINT STATUS REPORT** |

The Parties' Joint Stipulation Regarding Amendments to Complaint and Deadlines to File Responsive Pleadings and Joint Status Report having been considered by this Court, and good cause having been shown:

IT IS HEREBY ORDERED:

1. Plaintiff may file a First Amended Complaint on or before April 2, 2021 pursuant to Section 1782(d) of the California Civil Code to add allegations seeking damages under the Consumer Legal Remedies Act, without waiver of Plaintiff's right to subsequently amend as a matter of right pursuant to Rule 15(a)(1)(B) in response to any Rule 12(b) motion filed by Defendant.

2. Defendant shall answer or otherwise respond to Plaintiff's First Amended Complaint on or before April 23, 2021.

3. The Parties' deadline to submit to the Court a joint status report pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through and including April 26, 2021.

DATED: March 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE