# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FARRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>NEW MILLENNIUM CONCEPTS, LTD.,<br><br>Defendant. | No. 2:21-cv-00075-JAM-KJN |

**DECLARATION OF SHAWN ELLIOTT**

I, Shawn Elliott, declare as follows:

1. My name is Shawn Elliott. I am over 18 years of age and am fully competent in all respects to make this Declaration. I am Sales Director for New Millennium Concepts, Ltd. ("NMCL"). Each of the facts stated herein are true and correct and within my personal knowledge or known to me in my capacity as Sales Director for NMCL, or through my review of NMCL documents and records.

2. NMCL is a Texas limited partnership with a principal place of business in Bedford, Texas.

3. Texas is home to NMCL's offices, managers, and virtually all personnel and operations.

4. NMCL has no offices, managers, or personnel in California.

5. NMCL does not sell products directly to consumers and did not do so in October 2019, when plaintiff claims she purchased a Travel Berkey.

1

6. NMCL does not make any direct sales to consumers in California and did not do so in October 2019.

7. NMCL sells its products to a network of independent dealers who then sell the products to retail customers. This has been NMCL's practice since before October 2019.

8. NMCL has become aware of unauthorized, independent resellers who have no contractual relationship with NMCL and who sometimes purchase NMCL products from NMCL dealers and improperly sell those products on Amazon and other websites as "new".

9. NMCL has also become aware of unscrupulous merchants that have sold counterfeit or imitation NMCL products through the internet.

10. NMCL does not sell products on Amazon and did not do so in October 2019.

11. NMCL did not have an Amazon storefront in October 2019. The NMCL Amazon storefront at the following web address did not exist in October 2019: https://www.amazon.com/stores/Berkey/Homepage/page/8EE04EF4-7F75-4F90-A1D7-14A90B704ABA. That Amazon storefront was not created until 2020.

12. The NMCL Amazon storefront that now exists only provides information about NMCL products; an Amazon customer does not actually purchase products from NMCL on the Amazon storefront. Instead, the customer must navigate to an Amazon product listing where the customer can then purchase the product from an NMCL dealer.

13. All sales of NMCL products on Amazon are made by NMCL dealers or independent resellers.

14. If Plaintiff had purchased a Travel Berkey System on Amazon in October 2019, she could not have purchased it from NMCL. To my knowledge, in October 2019, the only means by

which a person could purchase a Travel Berkey System on Amazon would have been through (1) an NMCL dealer or (2) an independent reseller.

15. NMCL dealers are independent entities from NMCL. They are not agents, "authorized agents," or representatives for NMCL. NMCL dealer agreements specifically disclaim any agency relationship between NMCL and the dealers. NMCL dealers do not have authorization to represent themselves, their businesses, or their employees as agents, employees, or representatives of NMCL. NMCL dealers do not act on NMCL's behalf or under NMCL's control. NMCL prohibits the sale of certain NMCL products in certain states, but does not direct NMCL dealers to make sales of NMCL products in any specific state.

16. While NMCL does not have any geographic prohibitions on where independent dealers may sell the Travel Berkey System, other than selling to Iowa, NMCL does expressly prohibit many of the products identified in the Complaint, including the Crown Berkey, Imperial Berkey, Royal Berkey, and Big Berkey Systems, from being sold in California.

17. Attached as Exhibit 1-A is a true and correct copy of the NMCL Policy on Berkey Sales to California and Iowa (the "California Sales Policy"). It is available at the following website address: http://berkeywaterkb.com/wp-content/uploads/2016/02/Policy-on-Berkey-Sales-to-Ca-and-Iowa1.pdf. The California Sales Policy is incorporated into the terms and conditions of NMCL's dealer agreements. NMCL dealers are required to agree to the California Sales Policy to become an NMCL dealer.

18. NMCL directs the operation of its websites and creation of marketing materials at its Texas offices.

19. Persons with relevant knowledge regarding NMCL products, marketing, and sales include current and former NMCL managers, personnel, and other individuals affiliated with NMCL that work from and/or reside near NMCL's offices in Bedford, Texas.

20. Documents and information relevant to NMCL products, marketing, and sales are stored electronically or in hard-copy format at NMCL's offices in Bedford, Texas.

21. NMCL operates websites at www.berkeywater.com and www.berkeybynmcl.com. These websites include a set of terms and conditions governing use (the "Terms and Conditions"). These Terms and Conditions are available to users of the websites through links found at the bottom of the NMCL websites and have been since at least 2018. The Terms and Conditions governing the NMCL websites include an exclusive Texas forum provision stating:

> Your use of this site shall be governed in all respects by the laws of the state of Texas, U.S.A., without regard to choice of law provisions[.] . . . You agree that jurisdiction over and venue in any legal proceeding directly or indirectly arising out of or relating to this site (including but not limited to the purchase of New Millennium Concepts, Ltd. products) shall be in the state or federal courts located in Dallas County, Texas.

No changes have been made to this specific term since at least 2018.

22. A true and correct copy of the Terms and Conditions are attached hereto as Exhibit 1-B. The Terms and Conditions are also found at the following website addresses: https://www.berkeybynmcl.com/terms-and-conditions/; https://www.berkeywater.com/terms-and-conditions/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 23___, 2021.

*Shawn Elliott* (signature)

Shawn Elliott

# EXHIBIT 1-A

## Policy on Berkey® Sales to California and Iowa

### California

Berkey® Multi-use systems are not to be sold to residents of California. Selling Multi-use systems to residents of California violates NMCL policies and is explicitly prohibited for our dealers' protection.  It is the **sole** responsibility of each authorized Berkey® dealer to ensure that no Multi-use systems are sold to California residents either through their own website or through any marketplace platforms such as Amazon or EBay. Should any dealers sell and ship to California residents and by so doing, get into trouble with California regulators, such dealers will be on their own in terms of defending themselves against and dealing with such regulators.  The following systems and any combination thereof are not approved for sale in the state of California as they are intended primarily for home use:

- Big Berkey®, Royal Berkey®, Imperial Berkey®, and/or Crown Berkey® with Black Berkey® Purification Elements, and/or Berkey Earth® DE Filter Elements and/or Super Sterasyl™ Ceramic Filtration Elements

### Iowa

Berkey® systems are not to be sold to Iowa residents through company websites or through any marketplace platforms such as Amazon or EBay. The only Berkey® products that are to be sold in Iowa are Berkey® accessories, replacement items, and disaster preparedness items.

The limitations on selling Berkey® products to individuals in California and Iowa are also covered in Exhibit A of your Dealer agreement. Should you need further information on this, please contact your Account Representative.

# EXHIBIT 1-B



ABOUT     PRODUCTS     SUPPORT & SERVICE     BLOG     FIND A DEALER

BECOME A DEALER

# Terms and Conditions

## NEW MILLENNIUM CONCEPTS, LTD. TERMS AND CONDITIONS

Welcome to the New Millennium Concepts, Ltd. website. We are the manufacturer of all Berkey® products. The following is our website Terms and Conditions (Terms of Use).

## USE OF SITE

This site is to be used with the intent of gathering information about products, placing orders, updating address books, etc. Impersonation of others, including a New Millennium Concepts, Ltd. or other licensed employee, host, or representative, as well as other members or visitors on the site is prohibited.

## USER CONDUCT

New Millennium Concepts, Ltd. wants Users to enjoy their experience on our website. In order to maintain a safe and secure environment, we ask that you use this site in good faith and follow the guidelines contained in this Terms and Conditions at all times. New Millennium Concepts, Ltd. has implemented some guidelines to ensure a pleasant experience with our website. Users should demonstrate respect and courtesy to other Users at all times. Users must use their utmost integrity in their dealings with New Millennium Concepts, Ltd.'s website and its Users and must not adopt or use another User's identity as their own with the deliberate intention to mislead. Users must not transmit, download or email

sexual or racial material through our website. Users must not use or make use of the site so as to threaten, abuse or howsoever make defamatory statements with reference to New Millennium Concepts, Ltd. or the Berkey® name, its employees or other Users. Users must not knowingly download, email or otherwise post onto this website any files containing viruses or other executable software programs or with the specific intention of damaging this website and/or another User's computer or equipment. Users must not do anything which restricts or in any way prevents access to this website. Users must not attempt to deploy methods or systems to defeat any security systems, codes used by New Millennium Concepts, Ltd. for the privacy and security of the system, this website as a whole and its Users. In order to maintain our high standards, New Millennium Concepts, Ltd. reserves the right to censor content and conduct which in New Millennium Concepts, Ltd.'s opinion is damaging to the reputation and use of this site. By reading this notice you are deemed to have consented to the monitoring of such transactions, e-mails and visits to this website.

## COPYRIGHT AND TRADEMARKS

The entire content included in this site, including but not limited to text, graphics or code is protected by copyright law as a collective work under the United States and other copyright laws, and is the property of New Millennium Concepts, Ltd.  The collective work includes works that are licensed to New Millennium Concepts, Ltd. Copyright 2018, New Millennium Concepts, Ltd. ALL RIGHTS RESERVED. We do grant permission to electronically copy and print hard copy portions of this site for the sole purpose of placing an order with New Millennium Concepts, Ltd. or purchasing New Millennium Concepts, Ltd. products. You may display, download, or print portions of the material from the different areas of the site solely for your own non-commercial use, or to place an order with New Millennium Concepts, Ltd. Any other use, including but not limited to the reproduction, distribution, display or transmission of the content of this site is strictly prohibited, unless authorized in writing by New Millennium Concepts, Ltd. You further agree not to change or delete any proprietary notices from materials downloaded from the site.

All trademarks, service marks and trade names of New Millennium Concepts, Ltd. used in the site are trademarks or registered trademarks owned or licensed by New Millennium Concepts, Ltd.

Your use of the services of New Millennium Concepts, Ltd. will not confer any title, ownership interest, or intellectual property rights. Our services and products are protected under U.S. patent, copyright laws, international treaties or conventions and other laws, and will remain the exclusive property of New Millennium Concepts, Ltd. or third-party providers. Company names, logos, and all related product and service names, design marks, and slogans of New Millennium Concepts, Ltd., our affiliates or any third-party providers are property of the respective company. You are not authorized to use any such name or mark in any advertising, for publicity, or in any other commercial manner, unless you are a distributor in good standing with a signed Dealer Agreement.

## LIMITATION OF LIABILITY

New Millennium Concepts, Ltd. is not liable for any special or consequential damages that result from the use of, or the inability to use, the materials on this site or the performance of the products, even if New Millennium Concepts, Ltd. has been advised of the possibility of such damages. Applicable law may not allow the limitation of exclusion of liability or incidental or consequential damages, so the above limitation or exclusion may not apply to you.

New Millennium Concepts, Ltd. services are provided "as is" and "as available". New Millennium Concepts, Ltd., our affiliates, the third-party providers and their respective licensors, employees, distributors, or agents make no representations with respect to the system and expressly disclaim all warranties. Subject to applicable rules, in no event will New Millennium Concepts, Ltd., our affiliates,

third-party providers and their respective licensors, employees, distributors, or agents be liable to you or any third-party for any direct, indirect, incidental, special, punitive, or consequential losses to damages of any kind with respect to our services.

## INDEMNIFICATION

You agree to indemnify, defend, and hold harmless New Millennium Concepts, Ltd., its officers, directors, employees, agents, licensors and suppliers (collectively the "Service Providers") from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of these Terms and Conditions or any activity related to your account (including negligent or wrongful conduct) by you or any other person accessing the site using your Internet account.

## PARTICIPATION DISCLAIMER

New Millennium Concepts, Ltd. does not and cannot review all communications and materials posted to or created by Users accessing the site, and are not in any manner responsible for the content of these communications and materials. You acknowledge that by providing you with the ability to view and distribute User-generated content on the site, New Millennium Concepts, Ltd. is merely acting as a passive conduit for such distribution and is not undertaking any obligation or liability relating to any contents or activities on the site. However, New Millennium Concepts, Ltd. reserves the right to block or remove communications or materials that it determines to be (a) abusive, defamatory, or obscene, (b) fraudulent, deceptive, or misleading, (c) in violation of a copyright, trademark or; other intellectual property right of another or (d) offensive or otherwise unacceptable to New Millennium Concepts, Ltd. in its sole discretion.

## THIRD-PARTY LINKS

In an attempt to provide increased value to our visitors, New Millennium Concepts, Ltd. may link to sites operated by third parties. However, even if the third party is affiliated with New Millennium Concepts, Ltd., New Millennium Concepts, Ltd. has no control over these linked sites, all of which have separate privacy and data collection practices, independent of New Millennium Concepts, Ltd. These linked sites are only for your convenience and therefore you access them at your own risk. Nonetheless, New Millennium Concepts, Ltd. seeks to protect the integrity of its web site and the links placed upon it and therefore welcomes any feedback on not only its own site, but for sites it links to as well (including if a specific link does not work).

## COMPLAINTS OR CONCERNS

Any formal complaints or concerns should be emailed to customerservice@berkeywater.com or through postal mail to New Millennium Concepts, Ltd. P.O. Box 201411, Arlington, TX, 76006.

For more contact information please email us at customerservice@berkeywater.com.

## MISCELLANEOUS

Your use of this site shall be governed in all respects by the laws of the state of Texas, U.S.A., without regard to choice of law provisions, and not by the 1980 U.N. Convention on contracts for the international sale of goods. You agree that jurisdiction over and venue in any legal proceeding directly or indirectly arising out of or relating to this site (including but not limited to the purchase of New Millennium Concepts, Ltd. products) shall be in the state or federal courts located in Dallas County, Texas. Any cause

of action or claim you may have with respect to the site (including but not limited to the purchase of New Millennium Concepts, Ltd. products) must be commenced within one (1) year after the claim or cause of action arises. New Millennium Concepts, Ltd.'s failure to insist upon or enforce strict performance of any provision of these Terms and Conditions shall not be construed as a waiver of any provision or right. Neither the course of conduct between the parties nor trade practice shall act to modify any of these Terms and Conditions. New Millennium Concepts, Ltd. may assign its rights and duties under this Agreement to any party at any time without notice to you.

## WEB CONTENT ACCESSIBILITY

New Millennium Concepts, Ltd. is aware of the World Wide Web Consortium's Web Content Accessibility Guidelines and is constantly updating and renovating its site to best accommodate disabled users. If you are a disabled user having any trouble with review of this site, please contact our Customer Engagement team at 888.803.4438.

## NOTICE

New Millennium Concepts, Ltd. may deliver any pertinent notices to you by means of e-mail, a general notice on the site, or by other reliable method to the address you have provided.

## TERMINATION OF TERMS

You are free to delete your account at any time. New Millennium Concepts, Ltd. may terminate this Agreement, close, deactivate, or block account access as well. Our Users may terminate this Agreement after paying any obligations owed upon notice. This Agreement or Terms and Conditions still stand, even if the account has been closed. We may or may not provide you with notice via the email address associated with your account before we do so.

## ELECTRONIC COMMUNICATIONS

The use of electronic signatures to sign any documents on this website legally binds you in the same manner as if you had manually signed the document. The use of an electronic version of these documents fully satisfies any requirement that may be provided to you in writing. If you sign electronically, this represents that New Millennium Concepts, Ltd. has the ability to access and retain a record of the document. You are responsible for understanding these documents and agree to conduct business with New Millennium Concepts, Ltd. by electronic means. You are obliged to periodically review this website for changes or modifications. By consenting to the electronic delivery of all information relating to your account, you authorize New Millennium Concepts, Ltd. to deliver all communications to you by the following means: by email at the email address specified by you, by posting the communication on this website, by sending you an email that includes a hyperlink to the websites where information can be posted, read, and printed, by sending you a notice that directs you to an address on the internet where the communication is posted and from which it can be read and printed. Such delivery will be an effective delivery to for the purpose of any applicable rules whether or not New Millennium Concepts, Ltd. accesses and reviews the communication. Although you consent to electronic delivery, New Millennium Concepts, Ltd. may elect to deliver by other means which will not affect your consent. If you do agree to electronic delivery, you must have a computer with internet access, an email address, and the ability to download and save or print communications to retain for your records. You are responsible for obtaining and maintaining all equipment and services required for online access of your account. Agreement to Conduct Transactions Electronically

New Millennium Concepts, Ltd. does not guarantee that any media will be available to you at a particular time. Access to the website may be limited or unavailable during periods of peak demand, system upgrades, or other reasons. New Millennium Concepts, Ltd. reserves the right to suspend or deny access without prior notice or for any reason. New Millennium Concepts, Ltd. will not be liable for the unavailability, delay, or failure of any of the media at any particular time or for the accessibility of, transmission quality, outages to, or malfunction of any telephone circuits, computer system, or software. You will use the services for personal and non-commercial use, and as permitted in this Agreement. You will not transmit through the website any material that violates or infringes in any way upon the rights of others or would encourage conduct that may give rise to civil or criminal liability. You will not modify copy, publish, transmit, license, participate in the transfer or sale of, reproduce, create derivative works from, distribute, redistribute, display, or in any way exploit services of New Millennium Concepts, Ltd. You will not upload, post, decompile, reverse engineer, dissemble, modify, copy, distribute, transmit, reproduce, re-publish, license, display, sell or transfer, or create derivative products from the services or products of New Millennium Concepts, Ltd. Software accessed on this website is subject to the U.S. export controls and may not be downloaded by any person prohibited from doing so by applicable rules. New Millennium Concepts, Ltd. and third-party providers reserve the right to revise, modify, change, upgrade, suspend, impose limitations or restrictions on, deny access to, remove, or discontinue services at any time without prior notice. Third-party providers may enforce this agreement against you and take action against you for any breach of this agreement. New Millennium Concepts, Ltd. uses cookies on websites and your browser will need to accept all cookies for it to perform fully. Certain features of the website may also require the acceptance of cookies. This website may contain links to other sites on the internet that are owned and operated by third parties. You acknowledge that New Millennium Concepts, Ltd. is not responsible for the operation or content located on or through any such site.

## AMENDMENT CLAUSE

New Millennium Concepts, Ltd. reserves the right to amend this Agreement without notice. The current version of the Agreement will be posted on the website and the continued account activity after such amendment constitutes the Agreement to be bound by all amendments to the Agreement, regardless of whether it has been viewed. New Millennium Concepts is not bound by any verbal statements that seek to amend the Agreement. You agree that it is your responsibility to monitor changes to this site.

## TYPOGRAPHICAL ERRORS

In the event that a New Millennium Concepts, Ltd. product is mistakenly listed at an incorrect price, New Millennium Concepts, Ltd. reserves the right to refuse or cancel any orders placed for product listed at the incorrect price. New Millennium Concepts, Ltd. reserves the right to refuse or cancel any such orders whether or not the order has been confirmed and your credit card charged. If your credit card has already been charged for the purchase and your order is cancelled, New Millennium Concepts, Ltd. shall issue a credit to your credit card account in the amount of the incorrect price.

## ACCURACY INFORMATION

Product specifications and other information have been provided by New Millennium Concepts, Ltd. In the event that the information on New Millennium Concepts, Ltd. official printed documents differs from the information contained on this site, the information on such printed documents shall take precedence. We reserve the right to modify the contents of this site at any time, but we have no obligation to update any information on the site.

## POLICIES AND PROCEDURES

New Millennium Concepts, Ltd. is the Manufacturer of all Berkey® products. These products are intended for water filtration and/or purification and to assist individuals in the event of a disaster or other situation in which the water available may have become compromised. We stand by our products and offer various testing results upon request. We accept all major credit cards such as Visa, MasterCard, Discover, and Amex. There is no surcharge for using your credit card. Please ensure your billing address matches the address that you have on file with your bank. Incorrect information will cause a delay in processing your order. All orders will be charged before they are shipped. For a multiple product order, we will make every attempt to ship all products contained in the order at the same time. Products that are unavailable at the time of shipping will be shipped as they become available, unless you inform us otherwise. You will only be charged for products contained in a given shipment, plus any applicable shipping charges. You will only be charged for shipping at the rate quoted to you on your shipping receipt. Your receipt of an electronic or other form of order confirmation does not signify our acceptance of your order, nor does it constitute confirmation of our offer to sell. New Millennium Concepts, Ltd. reserves the right at any time after receipt of your order to accept or decline your order for any reason or to supply less than the quantity you ordered of any item.

## WARRANTY DISCLAIMER

You are agreeing to New Millennium Concepts, Ltd.'s Warranty Policy which can be accessed through our website. This will be amended from time to time. It is solely your responsibility to check this information periodically. For more information please refer to New Millennium Concepts, Ltd.'s Warranty Info Policy.

## RETURNS

You are agreeing to New Millennium Concepts, Ltd.'s Return Policy which can be accessed through our website. This will be amended from time to time. It is solely your responsibility to check this information periodically.

*The leader in gravity-fed water purification systems*

ABOUT

About

Careers

READ

Berkey® Blog

PRODUCTS

Berkey®Products

Authorized Berkey®Dealers

Customer Testimonials

Buyer Beware

Verifying Authenticity

Sales Policy – California & Iowa

SUPPORT

Berkey®Support & Service

Watch & Learn

Customer FAQs

Troubleshooting

Knowledge Base

Policies and Terms

BUSINESS

Berkey®Dealer Program

© Copyright 2021 New Millennium Concepts, Ltd. All rights reserved.
Privacy Policy • Terms and Conditions