**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA FARRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>NEW MILLENNIUM CONCEPTS, LTD.,<br>Defendant. | No. 2:21-cv-00075-JAM-KJN<br>Hon. John A. Mendez<br>Courtroom 6<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NEW MILLENNIUM CONCEPTS, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

The Court, having considered Defendant New Millennium Concepts, Ltd.'s ("NMCL") Motion to Dismiss for Lack of Personal Jurisdiction ("Motion"), the response and reply thereto, the pleadings and evidence on file, and all other things properly before the Court, finds that the Motion should be and hereby is GRANTED in its entirety.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims asserted against NMCL in Plaintiff's First Amended Class Action Complaint are hereby DISMISSED in their entirety.

IT SO ORDERED.


DATED: _____, 2021

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER GRANTING DEFENDANT NEW MILLENNIUM
CONCEPTS, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**