# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FARRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>NEW MILLENNIUM CONCEPTS, LTD.,<br>Defendant. | No. 2:21-cv-00075-JAM-KJN<br>Hon. John A. Mendez<br>Courtroom 6<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NEW MILLENNIUM CONCEPTS, LTD.'S MOTION TO TRANSFER VENUE** |

The Court, having considered Defendant New Millennium Concepts, Ltd.'s ("NMCL") Motion to Transfer Venue ("Motion"), the response and reply thereto, the pleadings and evidence on file, and all other things properly before the Court, finds that the Motion should be and hereby is GRANTED in its entirety.

It is therefore ORDERED that this case is TRANSFERRED to the U.S. District Court for the Northern District of Texas. It is further ORDERED that the Clerk of Court administratively transfer this case to the U.S. District Court for the Northern District of Texas.

IT SO ORDERED.

DATED: _____, 2021

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE