1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| TARA FARRELL, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> NEW MILLENNIUM CONCEPTS, LTD., <br> Defendant. | No. 2:21-cv-00075-JAM-KJN <br> Hon. John A. Mendez <br> Courtroom 6 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT NEW MILLENNIUM CONCEPTS, LTD.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
|---|---|

The Court, having considered Defendant New Millennium Concepts, Ltd.'s ("NMCL") Motion to Dismiss for Failure to State a Claim ("Motion"), the response and reply thereto, and all other things properly before the Court, finds that the Motion should be and hereby is GRANTED in its entirety.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims asserted against NMCL in Plaintiff's First Amended Class Action Complaint are hereby DISMISSED in their entirety without leave to amend.

IT SO ORDERED.

DATED: _____, 2021

                                                                          HONORABLE JOHN A. MENDEZ
                                                                          UNITED STATES DISTRICT JUDGE