**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Katherine A. Bruce (SBN 288694)
kbruce@clarksonlawfirm.com
Yana A. Hart (SBN 306499)
yhart@clarksonlawfirm.com
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FARRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW MILLENNIUM CONCEPTS, LTD,<br><br>Defendants. | Case No. 2:21-cv-00075-JAM-KJN<br>Case Filed: January 14, 2021<br>FAC Filed: April 2, 2021<br><br>*Assigned to the Hon. John A. Mendez, United States District Court Judge, and Kendall J. Newman, United States Magistrate Judge*<br><br>**PLAINTIFF TARA FARRELL'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tara Farrell ("Plaintiff") hereby voluntarily dismisses this action in its entirety, ***without prejudice***, prior to the filing of any answer, certification of the putative class, or motion for summary judgment being filed.

Dated: June 8, 2021  **CLARKSON LAW FIRM, P.C.**

*/s/ Katherine A. Bruce*
Ryan J. Clarkson, Esq.
Shireen M. Clarkson, Esq.
Katherine A. Bruce, Esq.
Yana A. Hart, Esq.

*Attorneys for Plaintiff Tara Farrell*

1
PLAINTIFF TARA FARRELL'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*